**United States District Court**
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6
7                FOR THE NORTHERN DISTRICT OF CALIFORNIA
8   JPMORGAN CHASE BANK NA,
9              Plaintiff,                      No. C 15-00536 JSW
10       v.
11  OREGON PARK SENIOR APARTMENTS          **ORDER RE MOTION FOR EX**
    COOPERATIVE, et al.,                   **PARTE HEARING**
12
13          Defendants.
                                    /
14
15          On March 27, 2015, pro se Defendant Kenneth Aja Fasah Jackson filed a motion for an
16  ex parte hearing, with a requested date of March 31, 2015 at 9:00 a.m.  Because Mr. Jackson is
17  not an e-filer, the Court did not receive notice of this request until March 30, 2015, at
18  approximately 2:30 p.m.  Late notice aside, Mr. Jackson's motion is defective because, among
19  other things, it fails to state the subject matter of the requested hearing and fails to provide good
20  cause why any hearing should be held on an ex parte basis.  Accordingly, the motion is
21  DENIED.  The represented Defendants are HEREBY ORDERED to serve this Order on the Pro
22  Se Defendants by hand, and file a proof of service with the Court.
23          **IT IS SO ORDERED.**
24
25  Dated: March 30, 2015                          _____
26                                              JEFFREY J. WHITE
                                                UNITED STATES DISTRICT JUDGE
27
28