IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK NA,<br><br>    Plaintiff,<br><br>  v.<br><br>OREGON PARK SENIOR APARTMENTS COOPERATIVE, et al.,<br><br>    Defendants.<br>_____ / | No. C 15-00536 JSW<br><br>**ORDER RE EX PARTE APPLICATION AND INSTRUCTIONS TO OPSA DEFENDANTS** |

Now before the Court is an ex parte motion to appoint Kevin Singer as temporary receiver in this case brought by Defendants Juanita Edington, Kevin Wiggins, Dale Anders, William Tiller,[1] and Kenneth AKA Aja Feseah Jackson ("the Pro Se Defendants"). Kevin Singer was one of the individuals put forward as a potential temporary receiver by Defendants Oregon Park Senior Apartments Cooperative, Douglas Butler, and Andre Nibbs ("the OPSA Defendants"). The Pro Se Defendants now agree that Kevin Singer is an appropriate person to fill this role, and ask the Court for an Order appointing him.

If all Defendants are in agreement that Kevin Singer should be appointed as the receiver in this case, the Court ORDERS all Defendants to submit a stipulation and proposed order to that effect which the Court will sign.

Because the Pro Se Defendants are not e-filers the OPSA Defendants are ORDERED to serve this Order on the Pro Se Defendants by hand, and file a proof of service with the Court no

---

[1] On March 18, 2015, Plaintiff filed a notice of voluntary dismissal without prejudice of Defendant William Tiller.

later than April 6, 2015.  The Court further notes that it has ordered the OPSA Defendants to file proofs of service in connection with several previous Orders and the OPSA Defendants have failed to comply.  The Court recognizes that it did not impose a time by which such proofs must be filed, and now HEREBY ORDERS that the OPSA Defendants shall file proofs of service in connection with those prior Orders by no later than April 6, 2015.  The OPSA Defendants are warned that failure to comply with Court Orders in the future may result in the issuance of an order to show cause.

**IT IS SO ORDERED.**

Dated: April 3, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE