1  MICHAEL K. BROWN/ CA SB# 106975
   KATHERINE F. WENGER/ CA SB# 223045
2  BROWN, CHURCH & GEE LLP
   200 Pringle Avenue, Suite 400
3  Walnut Creek CA 94596
   Telephone: (925) 943-5000
4  Facsimile: (925) 933-2100
   kwenger@bcglegal.com
5
   ATTORNEYS FOR DEFENDANTS
6  Oregon Park Senior Apartments Cooperative,
   Douglas Butler and Andre Nibbs
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10 JPMORGAN BANK, N.A., A National          CASE NO. 15-cv-00536-JSW
   Banking Association,
11
                Plaintiff,                  [SECOND AMENDED PROPOSED]
12                                          ORDER FOR APPOINTMENT OF
   v.                                       TEMPORARY RECEIVER
13
   OREGON PARK SENIOR APARTMENTS
14 COOPERATAIVE, a California Public
   Benefit Corporation,
15 ANDRE NIBBS, an individual;
   DOUGLAS BUTLER, an individual;
16 JUANITA EDINGTON, an individual;
   KEVIN WIGGINS, an individual;
17 DALE ANDERS, an individual;
   WILLIAM TILLER, an individual, and
18 KENNETH AKA AJA FESAH JACKSON,
   an individual,
19
                Defendants.
20

21         Based upon the Application of Defendants Oregon Park Senior Apartments Cooperative,

22 Douglas Butler and Andre Nibbs, for the immediate appointment of a temporary receiver, and for

23 good cause shown, IT IS HEREBY ORDERED:

24         IT IS HEREBY ORDERED:

25         1.      Kevin Singer, whose resume is attached hereto as Exhibit A, is hereby appointed

26 Received of Defendant Oregon Park Senior Apartments Cooperative, a California Public Benefit

27 Corporation ("OPSA"), in this action, subject to the condition that before entry upon his duties as

28 Receiver, he shall execute the oath to faithfully perform his duties as the Receiver and shall file a

                                                                                          1

1   bond in the amount of $10,000.00.

2        2.      To the extent that any terms set forth in this order are inconsistent with OPSA's

3   Bylaws, the terms of this Order shall control.

4   **I.**    **RELIEF GRANTED**

5         ORDER AGAINST TRANSFER, DISSIPATION, AND DISPOSAL OF ASSETS. IT

6   IS HEREBY ORDERED that:

7        1.      From the date of the entry of this order forward, Defendants and their agents and

8   employees are restrained and enjoined from directly or indirectly transferring, selling, alienating,

9   liquidating, re-conveying, encumbering, pledging, leasing, loaning, assigning, concealing,

10   dissipating, converting, withdrawing, or otherwise disposing of any assets, held in the name of

11   OPSA, wherever located, including assets held outside the United States, or as otherwise ordered

12   by the Court. The assets affected by this paragraph shall include both existing assets and assets

13   acquired after the effective date of this Order.

14        2.      From the date of the entry of this Order forward, Defendants, and any of their

15   agents, servants, employees, attorneys, and persons in active concert of participation with them

16   who receive actual notice of this Order by personal service or otherwise, including email or

17   facsimile transmission, are restrained and enjoined from directly or indirectly transferring,

18   selling, re-conveying, alienating, liquidating, encumbering, pledging, leasing, loaning, assigning,

19   concealing, dissipating, converting, withdrawing, or otherwise disposing of any assets or lien

20   rights held in the name of OPSA, wherever located, including assets held outside the United

21   States.

22   **II.**    **CHASE TURNOVER OF DEPOSIT ACCOUNTS AT ISSUE**

23         IT IS FURTHER ORDERED, that

24        1.      Plaintiff shall close (i) the OPSA account numbers ending 1307, 5229 and 2261

25   which are the subject of the interpleader, and (ii) any other accounts held in the name of OPSA,

26   and shall pay the balance in each one by check made payable to Kevin Singer as Receiver for

27   OPSA. Notwithstanding any of the foregoing, Plaintiff shall be permitted to maintain the reserve

28   account numbering ending 9027 opened by OPSA as a condition of its loan with Plaintiff, and

2

1  nothing in paragraph in II-1-(ii) shall require Plaintiff to close and/or turn over any funds held in
2  such reserve account.

3      2.      Using commercial best efforts, provide the Receiver, within five (5) business days
4  of receiving a copy of this Order, a statement setting forth: (a) the identification number of each
5  and every such account or asset titled in the name, individually or jointly, of OPSA, or held on
6  behalf of, or for the benefit, of OPSA: (b) the balance of each such account, as of the close of
7  business on the day on which this Order is served.

8      3.      Upon request by the Receiver, promptly provide the Receiver with copies of all
9  records or other documentation pertaining to any account or asset held in the name of OPSA,
10 including, but not limited to, originals or copies of account applications, account statements,
11 escrow agreements, loan documents, deeds of trust, servicing agreements, signature cards,
12 checks, drafts, deposit tickets, transfers to and from the accounts, all other debit and credit
13 instruments or slips, currency transaction reports, 1099 forms, and safe deposit box logs.

14 **III.    DIRECTIVES TO OTHER FINANCIAL INSTITUTIONS**

15     IT IS FURTHER ORDERED, pending further Order of this Court, that excluding
16 Plaintiff, any other financial or brokerage institution, business entity, or person that holds,
17 controls or maintains custody of any account or asset of OPSA, or has held, controlled or
18 maintained custody of any account or asset of OPSA at any time since January 1, 2004, shall:

19     1.      Prohibit Defendants and all other persons other than the Receiver from
20 withdrawing, removing, assigning, re-conveying, transferring, pledging, encumbering,
21 disbursing, dissipating, converting, releasing, selling or otherwise disposing of any such asset or
22 lien interest held in the name of OPSA except as directed by further order of the Court"

23     2.      Using commercial best efforts, provide the Receiver, within five (5) business days
24 of receiving a copy of this Order, a statement setting forth: (a) the identification number of each
25 and every such account or asset titled in the name, individually or jointly, of OPSA, or held on
26 behalf of, or for the benefit, of OPSA: (b) the balance of each such account, as of the close of
27 business on the day on which this Order is served.

28     3.      Upon request by the Receiver, promptly provide the Receiver with copies of all

3

records or other documentation pertaining to such account or asset, including, but not limited to, originals or copies of account applications, account statements, escrow agreements, loan documents, deeds of trust, servicing agreements, signature cards, checks, drafts, deposit tickets, transfers to and from the accounts, all other debit and credit instruments or slips, currency transaction reports, 1099 forms, and safe deposit box logs.

## IV. MAINTENANCE OF BUSINESS RECORDS

IT IS FURTHER ORDERED that:

1. Defendants and all persons or entities who receive notice of this Order by personal service or otherwise, are restrained and enjoined from directly or indirectly destroying, mutilating, erasing, altering, concealing or disposing of, or otherwise restricting access to, in any manner, directly or indirectly, any documents that relate to the business practices or business finances of OPSA.

## V. INSPECTION AND COPYING OF BOOKS AND RECORDS

IT IS FURTHER ORDERED that:

1. The Receiver is immediately allowed to inspect the books, records, and other documents of OPSA that are held by any of the Defendants in this matter.

2. Defendants shall cooperate fully with the Receiver to locate and provide to representatives of the Receiver all books and records of OPSA, wherever such books and records may be situated.

## VI. POWERS AND RESPONSIBILITIES OF THE RECEIVER

IT IS FURTHER ORDERED that the Receiver is directed and authorized to accomplish the following:

1. The Receiver is required to disclose to all parties any financial relationship between the Receiver and any company that he hires to assist in the management of the Receivership estate;

2. The Receiver is authorized and empowered with the right to demand, collect and receive all monies, funds, loan payments, rent and any other payments arising from OPSA's activities in the name of OPSA.

4

3.      Assume full control, management and administration of OPSA by performing all acts incidental thereof that the Receiver deems appropriate, including the removal any officer, director, independent contractor, employee, or agent of OPSA, from control and management of the affairs of OPSA as Receiver deems necessary.

4.      Take exclusive custody, control and possession of all facilities and offices of OPSA, together with all the bank accounts, funds, property, permits, mail and other assets of, in the possession of, or under the control of OPSA (except as provided in Section II.1 with respect to Chase reserve account number ending 9027), wherever situated. The Receiver shall have full power to sue for, collect, receive and take possession of all goods, chattels, rights, credits, moneys, loans, deeds of trust, effects, land, leases, books, records, work papers, and records of accounts, including computer-maintained information, and other papers and documents of OPSA. The Receiver shall have discretion to determine that certain personal property or other assets of OPSA shall be under the Receiver's control, but shall remain in the possession or custody of OPSA;

5.      The Receiver is authorized to employ property managers, contractors, servants, agents, employees, appraisers, guards, clerks, accountants, attorneys and management consultants, to administer the Receivership estate and to protect its assets and security interests as it shall deem it necessary; to purchase materials, supplies and services and to pay therefore at the usual rate and prices out of funds that shall come into his possession; to pay the reasonable value of said services out the proceeds of the estate; to compromise. debts related to any security interests and/or obligations owing to or by OPSA and to do all things and to incur only those obligations ordinarily incurred in connection with the operation of similar enterprises and that no risk or obligation incurred by said Receiver pursuant to this appointment shall be a personal risk or obligation of the Receiver or OPSA, but shall be the risk or obligation of the Receivership estate. The Receiver may make payments and disbursements from the receivership estate that are necessary or advisable for carrying out the directions of, or exercising the authority granted by, this Order.

6.      If there is insufficient commercial insurance coverage for OPSA, it is hereby

5

1 | ordered that the Receiver shall have thirty (30) working days to procure said insurance on the
2 | Premises, provided the Receiver has funds available to do so, and during said period, said
3 | Receiver shall not be personally responsible for claims arising from or for the procurement of
4 | insurance;

5       7.      Take all steps necessary to secure the business premises of OPSA under the
6 | control of OPSA or its agents;

7       8.      Preserve, hold and manage all receivership assets, and perform all acts necessary
8 | to preserve the value of those assets;

9       9.      At the Receiver's discretion to initiate, maintain, defend, compromise, adjust,
10 | intervene in, dispose of, or become a party to any actions or proceedings in state, federal or
11 | foreign court necessary to preserve or increase the assets of OPSA or to carry out his duties
12 | pursuant to this Order. This shall include the power of the Receiver to substitute in as plaintiff in
13 | any unlawful detainer actions that have been filed by OPSA and that are currently pending in
14 | Alameda Superior Court. The Receiver is authorized to institute ancillary proceedings in this
15 | State or other States as is necessary to obtain possession and control of the Premises, and the
16 | Receiver may engage the services of counsel if necessary. The Receiver may pay for such
17 | services from the funds of the Receivership estate;

18      10.     Choose, engage and employ attorneys, accountants, appraisers, builders,
19 | construction .companies, and other independent contractors and technical 'specialists, as the
20 | Receiver deems advisable or necessary in the performance of duties and responsibilities under
21 | the authority granted by this Order;

22      11.     Issue subpoenas to obtain documents and records pertaining to the receivership,
23 | and conduct discovery in this action on behalf of the receivership estate;

24      12.     Open one or more bank accounts as designated depositories for funds of OPSA,
25 | provided that all funds on deposit are insured by an agency of the United States Government.
26 | The Receiver shall deposit all funds of OPSA in such designated accounts and shall make all
27 | payments and disbursements from the receivership estate from such accounts;

28      13.     The Receiver shall charge his customary hourly fees, as set forth in Exhibit B,

6

provided, however, that (a) such fee shall first be reviewed and approved by the Court after appropriate notice to the parties, and (b) the fees shall be paid from the gross receipts or liquid assets of OPSA, if any.

14.     In addition to the foregoing, the Receiver shall be entitled to reimbursement from the estate funds for any and all out-of-pocket expenses reasonably incurred in connection with the services to be rendered pursuant hereto, excluding general overhead and office administrative expenses of the Receiver;

15.     During the term of the Receivership, the Receiver shall use, operate and manage the business premises of OPSA, as follows:

16.     The Receiver shall prepare periodic interim statements reflecting the Receiver's fees and administrative costs and expenses incurred for said period in the operation and administration of the Receivership estate. Upon completion for an interim statement, and the mailing of said statement to the parties' respective attorneys of record or any other designated personal agent, the Receiver shall pay from OPSA funds, if any, the amount of said statement. Despite the periodic statement of Receiver's fees and administrative expenses, and the payment thereof, such fees and expenses shall remain subject to final Court approval and confirmation, in the form of either noticed interim request for fees and an opportunity by any opposing party to request a hearing, stipulation among the parties or Receiver's final account and report;

17.     The Receiver, or any party to this action, may from time to time, and on due notice to all parties, make application to this Court for further orders instructing said Receiver; and

18.     The Receiver may not take any steps to liquidate the assets of OPSA outside the ordinary course of its business, except by further order of this Court.

## VII.     ELECTION OF DIRECTORS

1.     The Receiver shall conduct an election of OPSA's Board of Directors as provided for in OPSA' Bylaws.  The timing of such election shall be within the Receiver's discretion but shall be held no earlier than 15 days after the entry of this order.  Such election will be monitored by the League of Women Voters to assist in monitoring the election.

2.     From the date of the entry of this order forward, Defendants, and any of their agents, servants, employees, attorneys, and persons in active concert of participation with them who receive actual notice of this Order by personal service or otherwise, including email or facsimile transmission, are restrained and enjoined from directly or indirectly conducting any election of the OPSA Board of Directors.

**VIII. STAY OF ACTIONS**

IT IS FURTHER ORDERED that:

1.     Except by leave of this Court, during pendency of the receivership ordered herein, with the exception of this action, Plaintiff, Defendants, and all other persons and entities other than the Receiver are hereby are stayed from taking any action to establish or enforce any claim, right, or interest for, against, on behalf of, in, or in the name of OPSA, any of their subsidiaries, affiliates, partnerships, or the Receiver or the Receiver's duly authorized agents acting in their capacities as such, including, but not limited to, the following actions:

a.     Commencing, prosecuting, continuing, entering, or enforcing any suit or proceeding, except that such action may be filed to toll any applicable statute of limitations;

b.     Accelerating the due date of any obligation or claimed obligation; filing, perfecting or enforcing any lien; taking or attempting to take possession, custody, or control of any collateral held in the name of OPSA, attempting to foreclose, forfeit, alter, or terminate any interest in any collateral held in the name of OPSA or managed by OPSA, whether such acts are part of a judicial proceeding, are acts of self-help, or otherwise, or setoff any debt owing to OPSA that arose before the date of this Order against any claim against OPSA;

c.     Executing, issuing, serving, or causing the execution, issuance or service of, any legal process, including, but not limited to, attachments garnishments, subpoenas, writs of replevin, writs of execution, or any other form of process whether specified in this Order or not; or

d.     Doing any act or thing whatsoever to interfere with the Receiver taking custody, control, possession, or management of any assets of OPSA, whether or not subject to actual or purported security interests, or documents subject to this receivership, or to harass or

8

interfere with the Receiver in any way, or to interfere in any manner with the exclusive jurisdiction of this Court over the assets of OPSA.

2. Notwithstanding any of the foregoing, nothing in paragraph VIII-1, shall prohibit Plaintiff from pursuing any legal rights and/or remedies it has resulting from its lending relationship with OPSA.

## IX. PRELIMINARY INJUNCTION IN AID OF RECEIVERSHIP

OPSA, and its agents, servants, and employees, and all persons or entities acting under, or in concert with it, or for it, is ordered to do the following and is restrained and enjoined from engaging in, or performing, directly or indirectly, any or all of the followings acts:

1. Interfering, hindering or molesting in any way whatsoever the Receiver in the performance of the Receiver's duties herein described and in the performance of any duties incident thereto;

2. Transferring, directly or indirectly, any interest by sale except in the ordinary course of business, the assets of OPSA, or those assets managed by OPSA, and all proceeds and products thereof;

3. Transferring, concealing, destroying, defacing or altering any of OPSA's books and records;

4. Diverting in any way any of the proceeds from OPSA;

5. OPSA shall immediately upon receipt turnover to the Receiver all mail relating to the Company;

6. Except as provided in Section II.1 with respect to Chase reserve account number ending 9027, failing or refusing to immediately turn over to the Receiver all monies, checks, funds or Proceeds relating to OPSA and belonging to or for the benefit of OPSA, and all books and records of OPSA;

## X. NO ADMISSION OF LIABILITY

Nothing in this stipulation and order shall constitute an admission by any party regarding the validity of any of Plaintiff's claims in this matter.

CASE NO. 15-cv-00536-JSW [~~XXXXXXXXXXXXXXXX~~] ORDER FOR APPOINTMENT OF RECEIVER]

1    **XI.    FORCE AND EFFECT**

2         IT IS FURTHER ORDERED that this Order shall remain in full force and effect until (1)

3    agreement by all parties, (2) upon entry of an order by the Court finding that a new board of

4    directors has been duly elected in full compliance with OPSA's Bylaws, (3) upon  entry of an

5    order by the Court finding good cause for removal of the Receiver, or (4) by further order of this

6    Court.  Any orders referenced above, shall be requested via a noticed motion in compliance with

7    Federal Rule of Civil Procedure 7 and Northern District Local Rule 7, as well as the Court's

8    current standing orders

9         SO ORDERED.

10

11   DATED:  April 13, 2015 _____          _____Jeffrey S White_____

12                                                           HON. JEFFREY S. WHITE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                                                    10

EXHIBIT A

# RECEIVERSHIP SPECIALISTS
## STATE AND U.S. FEDERAL COURT RECEIVERS/TRUSTEES

### Kevin Singer
Court Receiver, Court Referee, Bankruptcy Trustee
Cell: (323) 864-4214
E-mail: Kevin@ReceivershipSpecialists.com
Web: www.ReceivershipSpecialists.com

Kevin Singer is founder and President of Receivership Specialists and with his business partner John Rachlin, they specialize in state and federal court receiverships, referee assignments, partition sales and Bankruptcy Trustee assignments. Receivership Specialists has offices in Los Angeles, San Francisco, Sacramento, San Diego, Phoenix, Reno and Las Vegas and handles assignments throughout the Southwest. The alliance of these two professionals brings together their vast knowledge and experience in the areas of law, real estate, business management, construction, and conflict resolution.

Mr. Singer first started getting appointed as a rents & profits receiver due to his extensive real estate, property management and construction experience as founder and co-owner of a diversified real estate and consulting company. He is both a California Real Estate Broker and Licensed Building Contractor. After selling that company in 2000, Mr. Singer once again joined forces with his long time counsel, friend and business partner, Mr. Rachlin, to specialize in receivership assignments. Mr. Rachlin is co-founder and CEO of Receivership Specialists and has been a licensed attorney for 22 years. Mr. Rachlin has practiced in various areas of real estate and general business law, as well as serving as in-house counsel for a large real estate company. Over the past fourteen years, Mr. Singer and Mr. Rachlin have handled over 226 cases for large and small banks, private lenders, private investors and municipalities. They have also managed and transitioned over $800,000,000 in assets. Mr. Singer has served as a Receiver, Referee, and Bankruptcy Trustee over all different types of real estate, businesses, gas stations, hotels, restaurants, bars, liquor licenses, family estates/trusts, commodities and construction projects. Mr. Singer is currently on the Board of Directors for the California Receivers Forum (CRF), an Associate Publisher for Receivership News, four time participant and panelist at the CRF in Conjunction with Loyola Law School Receivers Education Program and he lecturers and writes on various topics in the receivership field.

Corporate Headquarters
Los Angeles
11150 W. Olympic Blvd.
Suite 810
Los Angeles, CA 90064
Tel: (310) 552-9064
Fax: (310) 552-9066

San Francisco
795 Folsom Street
1st Floor
San Francisco, CA 94107
Tel: (415) 848-2984
Fax: (415) 848-2301

San Diego
4370 La Jolla Village Drive
Suite 400
San Diego, CA 92122
Tel: (858) 546-4815
Fax: (858) 646-3097

Sacramento
980 9th Street
16th Floor
Sacramento, CA 95814
Tel: (916) 449-9655
Fax: (916) 446-7104

Las Vegas
7251 W. Lake Mead Blvd.
Suite 300
Las Vegas, Nevada 89128
Tel: (702) 562-4230
Fax: (702) 562-4001

Reno
200 S. Virginia Street
Suite 800
Reno, Nevada 89501
Tel: (775) 398-3103
Fax: (775) 686-2401

Phoenix
40 N. Central Ave.
Suite 1400
Phoenix, Arizona, 85004
Tel: (602) 343-1889
Fax: (602) 343-1801

**HOURLY BILLING RATES:** $250 per hour for principals, $150 per hour for project managers and $85 an hour for support staff.

**Affiliated Organizations** – Member & Board of Director for California State and Los Angeles/Orange County Chapter of California Receivers Forum; Bay Area Receivers Forum; San Diego Receivers Forum, Clark County Bar Association; Maricopa Bar Association, California Apartment Association; National Apartment Association, National Association of Realtors, California Association of Realtors; California Bankers Association and Beverly Hills/Los Angeles Association of Realtors.

**Speaking Engagements & Publications**
Summer 2014 California Receivership News: A Story Of Risk In A Post-Judgment Receivership
9/11/2014 Successful Sale of Assets through Post Judgment Receiverships (Los Angeles/Orange County Chapter of CRF)
5/2/2014 State & Federal Court Receiverships (Ron Siegel Radio Show)
4/04/2013 Environmental Receiverships (Los Angeles/Orange County Chapter of CRF)
2/22/2013 Business Receiverships (The Law Firm of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP)
1/19/2013 Receiverships With Environmental Issues (California Receivers Forum In Conjunction with Loyola Law School).
Fall 2012 California Receivership News: Interview with Judge Luis A. Lavin
10/31/2011 Selling Personal Property Through Receiverships (Orange County Receivers Forum).
10/17/2011 Receiverships 2012 & Beyond (San Diego Receivers Forum).
Fall 2011 California Receivership News: Receivership Liquor License Sales.
9/26/2011 Condominium Receiverships (Bank & Financial Institutions Forum).
9/22/2011 Receiverships Selling Property and Clearing Title (Los Angeles Receivers Forum).
5/21/2011 Commercial Receiverships (California Bankruptcy Forum).
1/22/2011 Rents & Profits Receiverships (California Receivers Forum in Conjunction with Loyola Law School).
8/25/2010 Receiverships over Broken Condominium Projects (California Receivers Forum).
10/27/2009 How to Sell Real Estate Though a Partition or Receivership (California Receivers Forum).
8/20/2009 Ask The Commissioner and Receiver (California Receivers Forum).
8/19/2009 Protecting Tenants at Foreclosure Act 2009 and Receiverships (American Legal Financial Network).
2/25/2009 Partition Referees, a Tool for Estate Management and Sales (Riverside County Bar Association).
9/11/2008 Breakfast with the Experts (San Diego Receivers Forum).

## CASE ASSIGNMENTS:

### Ama Urrutia vs. Hasna Bashara – Judge Arnold Levin Dept. 66
(Los Angeles County, Los Angeles Superior Court, Case No. BC229134)
642 Plymouth Avenue, Los Angeles, CA 90038
May 2000 to February 2001
**Receiver** (appointed to protect, manage and correct Health & Safety Violations for an apartment building).

### Margaret Martin vs. Maria Wooden- Judge Richard Fruin Jr. Dept. 15
(Los Angeles County, Los Angeles Superior Court Case, No. BC271829)
833 W. 58th Street, Los Angeles, CA 90037
November 2002 to March 2003
**Receiver/Referee/Partitioner** (appointed to protect, manage, correct Health & Safety Violations, sell single family home, and facilitate the division of proceeds amongst the parties).

2

**Hartel Dillion vs. Jaspal Dillion- Judge Richard Fruin Jr. Dept. 15**
(Los Angeles County, Los Angeles Superior Court Case, No. TC011162)
8227 Alhambra Avenue, Paramount, CA 90723
September 2003 to January 2004
**Receiver/Partitioner** (appointed to protect, manage and partition an apartment building).

**CMR Mortgage vs. M & S Properties LLC- Commissioner Victor Greenberg Dept. 66**
(Los Angeles County, Los Angeles Superior Court Case, No. BC314632)
729 S. Union Avenue, Los Angeles, CA 90058
1021 S. Park View Street, Los Angeles, CA 90006
May 2004 to November 2004
**Receiver** (appointed to protect, manage and correct Health & Safety violations for two single room occupancy (SRO) apartment buildings with 166 units).

**Julia Torres vs. Ruben Torres- Judge Joanne O'Donnell**
(Los Angeles County, Los Angeles Superior Court Case, No. BC328299)
1929 Hancock Street, Los Angeles, CA 90031
October 2004 to March 2005
**Receiver/Referee/ Partitoner** (appointed over an apartment building to protect, manage, sell and facilitate the division of the proceeds amongst the parties).

**Juan Rodarte vs. Mario Frias- Judge Richard Fruin Jr. Dept. 15**
(Los Angeles County, Los Angeles Superior Court Case, No. BC310006)
6131 Clybourn Street, North Hollywood, CA 91605
November 2004 to April of 2005
**Receiver/Referee/ Partitioner** (appointed over an apartment building to protect, manage, sell and facilitate the division of proceeds amongst the parties).

**CMR Mortgage vs. M & S Properties LLC- Judge Barry Russell**
(United States Bankruptcy Court, Case No. LA0432491BR)
729 S. Union Avenue, Los Angeles, CA 90058
1021 S. Park View Street, Los Angeles, CA 90006
November 2004 to May 2005
**United State Bankruptcy Custodian** (appointed to protect and manage two single room occupancy (SRO) apartment buildings with 166 units).

**City of Los Angeles vs. Patrick Larkin- Commissioner Bruce Mitchell Dept. 59**
(Los Angeles County, Los Angeles Superior Court, Case No. BC328299)
2117 to 2129 Vallejo Street, Los Angeles, CA 90031
May 2005 to August 2005
**Court Consultant** (appointed to write an Property Evaluation, Project Feasibility, Comparative Market Analysis, and Rent Evaluation Reports).

**CMR Mortgage vs. P. Bidda Holdings Inc.- Judge Steve Brick**
(County of Alameda, Oakland Superior Court Case, No. HG05220034)
4160- 4170 Business Center Drive, Fremont, CA 94538
June 2005 to February 2006
**Receiver** (appointed to protect and manage a 38,000 square foot office/manufacturing complex).

3

**CMR Mortgage vs. P. Bidda Holdings Inc.- Judge Leslie Tchaikovsky**
(United States Bankruptcy Court, Case No. 05-49187)
4160 Business Center Drive, Fremont, CA 94538
November 2005 to February 2006
**United States Bankruptcy Custodian** (appointed to protect and manage a 38,000 square foot office/manufacturing complex).

**Tom Block vs. Glen D. Boon- Commissioner Bruce Mitchell Dept. 59**
(Los Angeles County, Los Angeles Superior Court Case, No. BC 355173)
4017 Country Club Drive, Los Angeles, CA 90019
July 2006 to November 2006
**Receiver** (appointed to protect and manage an apartment building).

**Torres vs. Torres - Judge Richard Fruin Jr. Dept. 15**
(Los Angeles County, Los Angeles Superior Court Case, No. B 295780)
5616 Via Corona Street, Los Angeles, CA 90022
July 2006 to February 2007
**Receiver/Referee/ Partitioner** (appointed over an apartment building to protect, manage sell and facilitate the division of proceeds amongst the parties).

**California Mortgage And Realty, Inc. vs. Twenty-Seven Fresno, LLC.-Judge Peter J. Busch Dept. 301**
(San Francisco County, San Francisco Superior Court Case No. CGC-06-456531)
4715 to 4741 McKinley Avenue, Fresno, CA 93703
575 California Avenue, Sand City, CA 93955
655 Redwood Avenue, Sand City, CA 93955
October 2006 to June 2008
**Receiver** (appointed to protect and manage a 200 unit public storage building and a 33 unit apartment building).

**Akira Bob Nakamur vs. Mora Bee Siewert- Judge William G. Willett Dept. 11,**
(Los Angeles County, South Bay Superior Court Case No. YC054106)
10208 to 10212 Felton Avenue, Inglewood, CA 90304.
December 2006 to May 2007
**Receiver** (appointed to protect and manage a 32 unit apartment building).

**Juan Meza vs. Valentina Jimenez - Judge Rolf M. Treu Dept. 58**
(Los Angeles County, Los Angeles Superior Court Case, No. BC 362146)
4660 Dozier Avenue, Los Angeles, CA 90022
January 2007 to September 2008
**Receiver/Referee/ Partitioner** (appointed over a single family home to protect, manage, sell and facilitate the division of proceeds amongst the parties).

**Scarlett vs. Eddings - Judge Richard Fruin Jr. Dept. 15**
(Los Angeles County, Los Angeles Superior Court Case, No. BC 353354)
4524-4528 Edgwood Place, Los Angeles, CA 90019
Lancaster Land
June 2007 to October 2008
**Referee/ Partitioner** (appointed over an apartment building and 80 acres of land to protect, manage, sell and facilitate the division of proceeds amongst the parties).

4

**De Witt vs. Peterson - Judge Paul Gutman Dept. 34**
(Los Angeles County, Los Angeles Superior Court Case, No. BC 336162)
1434 Stanford Street, Santa Monica, CA 90404
July 2007 to November 2007
**Receiver** (appointed over an apartment building to protect, manage and sell and facilitate the division of proceeds amongst the parties).

**Lone Oak Fund vs. Nasser Albo Abdo, LLC - Judge Sheila Fell/ Clay Smith Dept. C-22**
(Orange County, Santa Ana Superior Court Case, No. 07CC08271)
114 Berry Street, Brea, CA 92821
July 2007 to November 2008
**Receiver** (appointed to protect and manage a 100,000 sq. ft. Industrial Warehouse collecting over $912,000 of rents per year).

**California Mortgage And Realty, Inc. vs. Twenty-Seven Fresno, LLC.-Judge Peter J. Busch Dept. 301**
(San Francisco County, San Francisco Superior Court Case No. CGC-07-467287)
575 California Avenue, Sand City, CA 93955
655 Redwood Avenue, Sand City, CA 93955
950, 707, 709, 713, 717, 719, 938 Linden Avenue, South San Francisco, CA 94080.
712, 714 Linden Avenue, South San Francisco, CA 94080
311 Aspen Avenue, South San Francisco, CA 94080
6010 Mariposa Road, Hesperia, CA 92344
4819 Clayton Road, Concord, CA 94521
31252 Veasy Street, Union City, CA 94587
4700-4862 Homer Street, Union City, CA 94587
September 2007 to March 2009
**Receiver** (appointed to protect and manage a 200 unit public storage building, 110,000 square feet of office and industrial space, gas station, 40 unit parking lot, and 20 unit apartment building).

**Howard Higginson v. Gwendolyn Patin- Judge Mary Thorton House Dept. 17**
(Los Angeles County, Los Angeles Superior Court Case, No. BC356318)
616 East 84th Place, Los Angeles, CA 90001
September 2007 to March 2008
**Referee/ Partitioner** (appointed over a single family home to protect, manage, sell and facilitate the division of proceeds amongst the parties).

**Marrufo vs. Portillo- Judge Ralph W. Dau Dept. 57**
(Los Angeles County, Los Angeles Superior Court Case, No. BC 353107)
4796 Academy Street, Los Angeles, CA 90032
October 2007 to May 2008
**Referee/ Partitioner** (appointed over an apartment building to protect , manage, sell and facilitate the division of proceeds amongst the parties).

**Garnik Gholikandi Badalyans vs. Caltron Construction, Inc- Judge Richard Fruin Dept. 15**
(Los Angeles County, Los Angeles Superior Court Case, No. BC-341906)
Apn: Riverside County- 407-100-107, 407-100-108, 407-070-023, 407-070-024 & 407-060-001
October 2007 to February 2009
**Referee/ Partitioner** (appointed over 320 acres of land to protect, manage, sell and facilitate the division of proceeds amongst the parties).

**California Mortgage & Realty vs. Edward Suleiman- Judge Charles R. Hayes**
(San Diego County, San Diego Superior Court Case, No. 37-2007-00078050-CU-OR-CTL)
2640-2644 Market Street, San Diego, CA 92102
3626 Maint Street, San Diego, CA 92113
November 2007 to October 2008
**Receiver** (appointed to protect and manage a 11,000 square feet commercial building).

**Terry vs. Puentes- Judge Richard Fruin Dept. 15**
(Los Angeles County, Los Angeles Superior Court Case, No. BC-372787)
4257 E. Eugene Street, Los Angeles, CA 90063
December 2007 to August 2008
**Referee/ Partitioner** (appointed over a single family home to protect, manage, sell and facilitate the division of proceeds amongst the parties).

**Janet Mimms vs. Joyce Scott- Judge Barbara Zaniga Dept. 2**
(Contra Costa County, Martinez Superior Court Case, No. MSC07-02491)
January 2008 to November 2008
**Receiver** (appointed to protect and manage a janitorial company).

**Coastline Commercial Capital vs. Rosario Del Carmen Canjura- Commissioner Victor Greenberg Dept. 66**
(Los Angeles County, Los Angeles Superior Court Case, No. BC385018)
1659-1681 South Catalina Avenue, Los Angeles, CA 90006
February 2008 to March 2008
**Receiver** (appointed to protect and manage an apartment building).

**Norm Pomeranz vs. Michelle Diaz- Commissioner Bruce Mitchell Dept. 59**
(Los Angeles County, Los Angeles Superior Court Case, No. BC385287)
16815 W. Sunset Blvd., Pacific Palisades, CA 90272
February 2008 current June 2009
**Receiver** (appointed to protect and manage a single family estate in the Palisades).

**Chris Shiohama vs. Hester Nash- Judge Michelle R. Rosenblatt Dept. A**
(Los Angeles County, Burbank Superior Court Case, No. EC 043484)
Global Domination Industries, LLC
March 2008 to November 2009
**Partition Referee/Receiver** (appointed over an Adult Entertainment Business to protect, manage, sell and facilitate the distribution of proceeds amongst the partners).

**John Schweizer & Forrest Canutt vs. Rediation Services, Inc.-Judge Peter J. Busch Dept. 301**
(San Francisco County, San Francisco Superior Court Case No. CGC-08-472561)
Remediation Services, Inc.
April 2008 to December 2008
**Court Receiver** (appointed to protect and manage an environmental engineering company with multi-million dollar environmental clean-up and abatement contracts).

**Alliance Bank vs. Silver Oaks Estates- Judge Kenneth Freeman, Dept. 64**
(Los Angeles County, Los Angeles Superior Court Case, No. BC3887047)
Silver Oak Estates, Lancaster, CA
April 2008 to February 2009
**Receiver** (appointed to protect, manage, obtain entitlement, complete construction and sell a 21 unit housing development project).

**Alliance Bank vs. Royal Homes, Judge Paulette Durand-Barkley   Dept. 15**
(Riverside County, Riverside Superior Court, Court Case No. RIC511466)
601 E. 12th Street, Riverside, CA 92223
November 2008 current March 2009
**Receiver** (appointed to protect, manage, obtain entitlements, complete construction and sell a 23 unit housing development project).

**LCGI Mortgage Fund, LLC. vs. Georgia-Crest Villas, LLC- Judge Ronald S. Prager, Dept. C71**
(San Diego County, San Diego Superior Court Case, No. 37-2008-00093120-CU-OR)
3907 Georgia Street, San Diego, CA 92103-3545
November 2008 to August 2009
**Receiver** (appointed to protect, manage, complete construction and sell a 21 unit condominium development project).

**The Equity Firm, Inc. vs. Investment Properties, LLC. -Commissioner Victor Greenberg Dept. 66**
(Los Angeles County, Los Angeles Superior Court Case No. BC402884)
2901, 2907, 2911, 2913, 2915, 2917 North Main Street and 1906 and 1908 Griffin Avenue, Los Angeles, CA 90031
December 2008 to June 2009
**Receiver** (appointed to protect and manage a commercial building and residential apartment building).

**Alliance Bank vs. Pauba Ridge LLC, Judge Gloria Connor Trask   Dept. 01**
(Riverside County, Riverside Superior Court, Court Case No. RIC515436)
100 acres of land in Temecula, California
January 2009 to February 2010
**Receiver** (appointed over a 41 lots designed for 20,000 square foot homes  to protect, manage, obtain entitlements, settle litigation, complete construction  and  sell  the  project.

**Andrew Narraway vs. Emerald Park House Corporation -Judge Judith Craddick Dept. 9**
(Contra Costa County, Martinez Superior Court Case No. C09-00027)
39 North Broadway Avenue, Bay Point, CA 94565
January 2009 to February 2009
**Receiver** (appointed to protect and  manage a 43 unit apartment building).

**Lone Oak Fund, LLC. vs. Issac Muhawieh-Judge Charlotte Walter Woolard Dept. 302**
(San Francisco County, San Francisco Superior Court Case No. GHG-09-484300)
555-559 Divisadero Street, San Francisco, CA 94117
January 2009 current May 2009
**Receiver** (appointed to protect  and manage a mix use residential/commercial building).

**Alliance Bank  vs. Timber Ridge Meadows- Judge David L. Devore Dept. 2**
(Alpine County, Markleville Superior Court Case No. C081087)
1 Palisades Drive, Kirkwood, CA 96120
January 2009 to January 2010
**Receiver** (appointed over a 28 condominium building to protect, manage, obtain entitlements, complete construction and sell the project).

**Lone Oak Fund, LLC.  vs. Dalaco,LLC, Commissioner Victor Greenberg Dept. 66**
(Los Angeles County, Los Angeles Superior Court, Court Case No. BC 406644)
9201 Tobias Ave., Panorama City, Los Angeles CA 91402
January  2009 to August 2009
**Receiver** (appointed to protect and  manage an apartment building).

9

**Lone Oak Fund, LLC. vs. Wilson. - Commissioner Bruce Mitchell Dept. 59**
(Los Angeles County, Los Angeles Superior Court Case No. BC406645)
5114-5118 W. Slauson Avenue, Los Angeles, CA 90056
January 2009 to October 2009
Receiver (appointed to protect and manage an apartment building).

**RTI Properties vs. Dena Marie Martinez. -Judge Keith D. David- Dept. R6**
(San Bernardino County, San Bernardino Superior Court Case No. RS 902044)
602 N. Euclid Ave., Ontario, CA 91762
March 2009 to November 2009
Receiver (appointed to protect and manage a commercial retail center).

**Rosa Montes De Oca v. Alicia Montes De Oca- Judge Mary H. Strobel Dept. 32**
(Los Angeles County, Los Angeles Superior Court Case, No. BC385835)
539 West 81st Street, Los Angeles, CA 90044
March 2009 to October 2009
Referee/ Partitioner (appointed over an apartment building to protect, manager, sell and facilitate the division of proceeds amongst the parties).

**Alliance Bank vs. George and Nansee Lanning. -Judge Norman P. Tarle Dept. B**
(Los Angeles County, Santa Monica Superior Court Case No. SC100776)
8931 San Fernando Road, Sun Valley, CA 91325
March 2009 to December 2012
Receiver (appointed to protect and manage a mobile home park).

**Andrew Narraway vs. Emerald Park House Corporation -Judge Stephen Dombrink Dept. 19**
(Alameda County, Oakland Superior Court Case No. RG09-429715)
3050 Fruitvale Avenue, Oakland, CA 94602
February 2009 to January 2010
Receiver (appointed to protect and manage an apartment building).

**Lone Oak Fund, LLC. vs. R/C Modeler Corporation - Commissioner Bruce Mitchell Dept. 59**
(Los Angeles County, Los Angeles Superior Court Case No. BC410513)
138 W. Sierra Madre Blvd. and 147 W. Mariposa Ave., Sierra Madre, CA 91204
March 2009 to December 2009
Receiver (appointed to protect and manage a commercial building and residential building).

**East West Bank vs. 3rd International Investments Inc.-Judge Lawrence Appel Dept.16**
(Alameda County Superior, Oakland Court Case No.RG09440563)
252 International Blvd. Oakland, CA 94606
April 2009 to September 2009
Receiver (appointed to protect and manage a condominium building).

**East West Bank vs. GTS Property Santa Ana, Inc. - Judge Brett C. Klein Dept.66**
(Los Angeles County, Los Angeles Superior Court Case No. BC410076)
689 S. Berendo St. Los Angeles, CA 90005
April 2009 to October 2009
Receiver (appointed to protect and manage a 37 unit Affordable Housing Project with tax credits).

10

**Budget Financial Company vs. Gregory J. Tyler – Judge John M. True, III Dept 512**
(Alameda County, Oakland Superior Court Case No.RG09443908)
2401 Warring Street and 2815 Channing Way, Berkeley, CA 94704
May 2009 to March 2010
**Receiver** (appointed to protect and manage two student housing project)

**Lone Oak Fund, LLC. vs. Central-Lexington Properties - Judge Brett C. Klein Dept.66**
(Los Angeles County, Los Angeles Superior Court Case No. BC409612)
344 North Central Ave., Glendale, CA 91203
May 2009 to October 2009
**Receiver** (appointed to protect and manage a commercial building)

**Lone Oak Fund, LLC. vs. Michael Shadman- Judge Jeff Almquist, Dept. 5**
(Santa Cruz County, Santa Cruz Superior Court Case No. CV 164115)
344 Ocean Street, Santa Cruz, California 95060
June 2009 to December 2009
**Receiver** (appointed to protect and manage an apartment building)

**Jose Rocha v. Luis Gaytan- Judge Jerry K. Fields Dept. 69**
(Los Angeles County, Los Angeles Superior Court Case, No. BC389460)
1628 E. 42nd Street, Los Angeles, CA 90011
June 2009 to December 2009
**Referee/ Partitioner** (appointed over a single family home to protect, manager, sell and facilitate the division of proceeds amongst the parties).

**Lone Oak Fund, LLC vs. Gonzalez - Judge Brett C. Klein Dept. 66**
(Los Angeles County, Los Angeles Superior Court Case No. BC417185)
12110 Hadley Street, Whittier, CA 90601
16227 Lakewood Blvd., Bellflower, CA 90706
July 2009 to December 2009
**Receiver** (appointed to protect and manage a 7,473 square foot restaurant and a 16,099 square foot industrial building).

**Nakagawa vs. Nakagawa, Judge Richard Fruin, Dept. 15**
(Los Angeles County, Los Angeles Superior Court, Court Case No. BC391381)
5299 Sepulveda Blvd., Culver City, CA 90230
7600 South Sepulveda Blvd., Los Angeles, CA 90045
331 North Robertson Blvd, West Hollywood, CA 90048
12553 Venice Blvd., Los Angeles, CA 90066
22844 Hawthorne Blvd., Torrance, CA 90505
1448 Lincoln Blvd., Santa Monica, CA 90401
1447 7th Street, Santa Monica, CA 90401
August 2009 to October 2010
**Referee** (appointed over a portfolio of commercial properties valued at 27 million dollars to protect, manage, sell and facilitate the division of proceeds amongst the parties).

**Lone Oak Fund, LLC. vs. 15101 Holdings, LLC- Judge David T. McEachen Dept. C-21**
(Orange County, Santa Ana Superior Court Case, No. 30-200900288270)
15101 Red Hill Ave., Tustin, CA 92780
August 2009 to current July 2010
**Receiver** (appointed to protect and manage a 50,000 sq. ft. "Class A" office building collecting over $1.5 million per year in rents).

11

### Lone Oak Fund, LLC vs. Kan Fan Cheung, Judge Lauren P. Thomasson Dept. 32
(San Joaquin County, Stockton Superior Court Case No. 39-2009-00223287-CU-STK)
2135 Stagecoach Road, Stockton, CA 95215
August 2009 to December 2009
Receiver (appointed to protect and manage a 42,000 square foot industrial warehouse).

### California Bank & Trust vs. Barham Properties, LLC- Judge James C. Chalfant, Dept. 85
(Los Angeles County, Los Angeles Superior Court Case, No. BC417017)
3300 Barham Boulevard, Los Angeles, CA 90068
September 2009 to August 2011
Receiver (appointed over a luxury condominium development to protect, manage, obtain entitlements, complete construction and sell the project).

### JP Morgan Chase Bank vs. 2317 Frederic LLC - Judge Brett C. Klein Dept. 66
(Los Angeles County, Los Angeles Superior Court Case No. BC423578)
8742 Orion Ave, North Hills, CA 91343
October 2009 to November 2010
Receiver (appointed to protect and manage an apartment building).

### Stephen Ellis v. Paul Kalra- Judge Mary H. Strobel Dept. 32
(Los Angeles County, Los Angeles Superior Court Case, No. BC401854)
4391-011-009, 4391-020-008 and 4352-03-029 Beverly Hills, CA
November 2009 to October 2010
Referee/ Partitioner (appointed over 3 lots of land to protect, manage, sell and facilitate the division of proceeds amongst the parties).

### Lone Oak Fund, LLC. vs. Marine Galstyan - Judge Barbara A. Meiers Dept. 12
(Los Angeles County, Los Angeles Superior Court Case No. BC430632)
1033 Willard Avenue, Glendale, California 91201
January 2010 to April 2010
Receiver (appointed to protect and manage an apartment building).

### DFI Funding, Inc. vs. Alura At Washington Square, LLC.- Judge David W. Reed, Dept. 15
(Yolo County, Woodland Superior Court Case, No. CV 10-163)
412- 420 6th Street, West Sacramento, CA 95605
January 2010 to January 2011
Receiver (appointed to protect, complete entitlements, and construct a residential housing project).

### LCGI Mortgage Fund, LLC. vs. Sixth & E., LLC- Judge David W. Reed, Dept. 15
(Yolo County, Woodland Superior Court Case, No. CV 10-161)
Sixth and E Street, West Sacramento, CA 95605
January 2010 to January 2011
Receiver (appointed to protect, complete entitlements, and construct a residential housing project).

### Robert J. Mantor vs. Connie Grant- Judge James E. Loveder, Dept. C03
(Orange County, Santa Ana Superior Court Case, No. 30-2009-00124151)
1916 W. Tedmar Ave., Anaheim, CA 92804
February 2010 to July 2010
Referee (appointed over a single family home and personal property to protect, manage, sell and facilitate the division of proceeds amongst the parties).

**The City of Los Angeles vs. Ronald Carrol- Judge James C. Chalfant Dept. 85**
(Los Angeles County, Los Angeles Superior Court, Case No. BC431381)
3425 West 27th Street, Los Angeles, CA 90018
April 2010 to November 2010
**Receiver** (appointed over a historic single family home to manage, bring in compliance with city and state building ordinances, sell and facilitate the division of proceeds amongst the parties).

**B Squared, Inc. vs. Bret Moshier - Judge Barbara A. Meier Dept. 12**
(Los Angeles County, Los Angeles Superior Court Case No. BC436476)
10965 Wright Road, Lynwood, California 90262
April 2010 current January 2011
**Receiver** (appointed to protect and manage an apartment building).

**Virginia Hattar vs. Daniel Chavez- Judge Richard Fruin Dept. 15**
(Los Angeles County, Los Angeles Superior Court Case, No. BC-424794)
1015 S. La Verne Avenue, Los Angeles, CA 90022
April 2010 to December 2010
**Referee/ Partitioner** (appointed over a single family home to protect, manage, sell and facilitate the division of proceeds amongst the parties).

**FDIC vs. Darlish Associates Limited - Judge Sidney P. Chapin, Dept. 4**
(Kern County, Bakersfield Superior Court Case No. S1500CV270302)
1430 Norma Street, Ridgecrest, California 93555
May 2010 current January 2012
**Receiver** (appointed to protect and sell a 96 unit public storage facility).

**Bank of Alameda vs. Willow Court Lofts - Judge Lawrence John Appel, Dept. 16**
(Alameda County, Oakland Superior Court Case No. RG10508193)
1675-1695 15th Street, Oakland, California 94607
May 2010 to June 2011
**Receiver** (appointed over 12 work/live condominiums to protect, manage, complete entitlements, complete construction, manage the Home Owners Association and sell the project).

**Virginia Ree Winder vs. Winder- Judge Harry L. Powazek, Dept. 4**
(San Diego County, San Diego Superior Court Case, No. 37-2008-00150238-pr-la-nc)
2159 Foster Street., Oceanside, CA 92054
June 2010 to June 2011
**Referee** (appointed over a single family home to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**Concorde Equity II, LLC vs. Q-Black,LLC.- Judge Everett A. Hewlett, Jr., Dept. 610**
(County of San Francisco, San Francisco Superior Court Case, No. CGC-09-492710)
California Department of Alcoholic Beverage Control License Nos. 466969
June 2010 to September 2011
**Receiver** (appointed to take possession and sell a liquor license).

**Ahmed Aly vs. Bassem Yousri- Judge Barbara M. Scheper Dept. F-49**
(Los Angeles County, Chatsworth Superior Court Case, No. PC044086)
23235 Highway 243 Pine Cove, California 92549
June 2010 to August 2010
**Receiver** (appointed over a gas station, market and postal depot to protect,, manage and sell).

**JP Morgan Chase Bank  vs. Stephen Maki - Judge David Reed, Dept. 15**
(Yolo County, Woodland Superior Court Case No. CV09-1204)
204 2nd Street, Sacramento, California 95605
June 2010 to December 2010
**Receiver** (appointed to protect and manage an apartment building).

**JP Morgan Chase Bank  vs. Hanan Shiheiber - Judge George Miram, Dept. 28**
(San Mateo County, San Mateo Superior Court Case No. CIV 493254)
789 El Camino Real, Burlingame, California 94010
June 2010 to September 2011
**Receiver** (appointed to protect and  manage a 28 unit apartment building).

**Budget Financial Company vs. Gregory J. Tyler – Judge Wynne Carvill,  Dept 21**
(Alameda County, Oakland Superior Court Case No. RG10-499443)
2401 Warring Street and 2815 Channing Way, Berkeley, CA 94704
June 2010 to March 2011.
**Receiver** (appointed to protect and manage two student housing  projects).

**Scott Ryan  vs. Unique Holdings - Judge Joseph F. De Vanon, Dept. S**
(Los Angeles County, Los Angeles Superior Court Case No. GC043014)
1041 W. Foothill Blvd., Arcadia, California 91006
July 2010 to September 2012
**Receiver** (appointed over a single family home  to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**Alon Varsha vs. Southern Assets, LLC - Judge Barbara A. Meier Dept. 12**
(Los Angeles County, Los Angeles Superior Court Case No. BC442672)
1241- 1249 West 37Th Los Angeles, California 90007
July 2010 to February 2011
**Receiver** (appointed to protect and  manage a $4,000,000 student housing project near USC).

**Robert Schieberl vs. Cynthia Johnston - Judge Judith Craddick, Dept. 9**
(Contra Costa County, Martinez Superior Court Case, No. C10-00642)
929 Wilson Avenue, Richmond, CA 94805
August 2010 to May 2011
**Referee** (appointed over a single family home  to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**525 East Twain, LLC vs. Western Asset Recovery, LLC – Judge Michael P. Villani, Department 17**
(Clark County, Las Vegas, Nevada, Eighth Judicial District Court  Case No. A-10-622404-C)
525 East Twain Avenue, Las Vegas, Nevada 89169
August 2010 to November 2011
**Receiver** (appointed to protect and  manage  a 25,791 square foot retail strip mall).

**Elbert Branscomb vs. Kirtikumar Menon- Judge Verna A. Adams, Dept. J**
(Marin County, San Rafael Superior Court Case No. CIV 093705)
355 Canal Street, San Rafael, CA 94901
September 2010 current
**Receiver** (appointed to protect and  manage  a 42 unit apartment building).

**Michael Chernyavsky vs. Michael Dekhtyar- Judge David P. Yaffe Dept. 86**
(Los Angeles County, Los Angeles Superior Court, Case No. BC440114)
Denny's Restaurant Store 8019, 4760 East Cesar Chavez Ave., Los Angeles, CA 90022
September 2010 to January 2011
**Receiver** (appointed to protect,  manage and operate a Denny's Franchise Restaurant with 35 employees).

14

**Francisco Valle vs. Isolina Valle- Commissioner Marjorie Slabach. Dept. 404**
(San Francisco County, San Francisco Superior Court, Case No. FDI 10-772097)
La Mexicana Bakery, 2408 24th Street, San Francisco, CA 94110
October 2010 to October 2010
Receiver (appointed to audit and varify the sales of a business).

**Maria Coito vs. Manuel Andrade- Judge Luis R. Vargas, Dept. 63**
(San Diego County, San Diego Superior Court Case, No. 37-2010-00096393-cu-or-ctl)
936 Loring Street, San Diego, CA 92106 and 3312 Canon Street, San Diego, CA 92106
October 2010 to October 2011
Referee (appointed over an apartment building and single family home to protect, manage and facilitate the distribution of proceeds amongst the parties).

**California Bank & Trust vs. Kentucky Street, LLC- Judge David W. Reed, Dept. 15**
(Yolo County, Woodland Superior Court Case, No. CV 10-2173)
1500 East Kentucky Ave, Woodland, CA 95695
November 2010 to December 2011
Receiver (appointed over a 65,000 square foot industrial building to protect, manage and sell).

**California Bank & Trust vs. Sarbjit Singh Kang- Judge Judith S. Craddick, Dept. 9**
(Contra Costa County, Martinez Superior Court Case, No. C10-00983)
425 Moraga Road, Moraga, CA 94556
December 2010 to January 2012
Receiver (appointed over a gas station, mini-mart and real estate to protect, manage and sell).

**Yoon Kim vs. Christina Lee- Judge Ann I. Jones Dept. 86**
(Los Angeles County, Los Angeles Superior Court, Case No. BC450120)
Niko Niko Sushi Restaurant 1755 N. Vermont Avenue, Los Angeles, CA 90027
December 2010 to November 2011
Receiver (appointed to conduct a foreignsic accounting audit, draft report of findings for the Court and the parties, and potentially run and operate the business).

**Lone Oak Fund, LLC. vs. 6417 Selma, LLC - Judge Barbara A. Meiers Dept. 12**
(Los Angeles County, Los Angeles Superior Court Case No. BC451743)
6417 Selma Ave., Los Angeles, California 90028
December 2010 to June 2011
Receiver (appointed to protect and manage a 27,776 square foot parking garage).

**Sushama Singapuri vs. Shashikant Singapuri - Judge Randolph E. Heubach Dept. 0**
(Marin County, San Rafael, Superior Court Case No. 060341 )
Tao Yuan, Blg 10, Apt 305, Shunyi County, Beijing China
Newport Business Plaza East, 4909 S. Coast Hwy. Newport, Oregon 97366
Aquarium Village, 3005 Ferry Slip Rd., Newport Oregon 97366
4979 S. Coast Hwy 101, Newport, Oregon, 97366
Newport Business Plaza West, 4926 S. Coast Hwy. Newport, Oregon
1500 E. Juana Ave, San Leandro, CA 94577
171 Siesta Way, Sonoma, California 95476
88 Great Circle Way, Mill Valley, CA 94941
1616 Cupepper, Modesto, CA, 95351
Yaquina Bay Development Corporation- Real Estate Holding Company
Facets, Inc.- Jewelry Wholesaler
December 2010 to October 2011
Receiver (appointed in a marital dissolution to protect, manage and sell businesses, real estate and other assets in excess of 12 million dollars).

**JP Morgan Chase Bank  vs. Jose L. Gomez - Judge George Miram, Dept. 28**
(San Mateo County, San Mateo Superior Court Case No. CIV 502198)
319 Popular Avenue, Redwood City, California 94061
January 2011 to August 2011
**Receiver** (appointed to protect and  manage  an  apartment building).

**Sung Lee vs. Wien Bakery LLC.- Judge Elizabeth White, Dept. 48**
(Los Angeles County, Los Angeles Superior Court, Case No. BC407761)
Wien Bakery, 3035 W. Olympic Blvd., Los Angeles, CA 90006
January 2011 to June 2012
**Receiver** (appointed to take possession, protect and operate a Bakery to pay  judgment creditors).

**Julius Lorenzo vs. Evelyn Bondoc- Judge David L. Minning, Dept. 61**
(Los Angeles County, Los Angeles Superior Court Case, No. BC405777)
620 S. Griffith Park Drive, Burbank, CA 91506
February 2011 to October 2011
**Referee** (appointed over a single family home  to protect, manage, sell and facilitate the distribution of
proceeds amongst the parties).

**Summitbridge Credit Investments, LLC vs. Mostafa Behzadpour- Judge Mark H. Tansil, Dept. 18**
(Sonoma County, Santa Rosa, California Superior Court Case, No. SCV249146)
5085 Redwood Drive, Rohnert Park, CA 94928
February 2011 to December 2011
**Receiver** (appointed over a gas station, mini-mart, carwash, Subway and  real estate to protect, manage and
sell).

**Win Win Alexandria Union, LLC. vs. Monica H. Hujazi, as Trustee - Judge Barbara A. Meiers Dept. 12**
(Los Angeles County, Los Angeles Superior Court Case No. BC456257)
621 S. Union Ave, Los Angeles, California 90017
March 2011 to current
**Receiver** (appointed to protect , manage a 68 unit apartment building and bring out of  the Los Angeles City
Rent Escrow Account Program (REAP)).

**Win Win Alexandria Union, LLC. vs. Monica H. Hujazi, as Trustee - Judge Barbara A. Meiers Dept. 12**
(Los Angeles County, Los Angeles Superior Court Case No. BC456257)
1639-1645 N. Alexandria Avenue, Los Angeles, California 90027
March 2011 to current
**Receiver** (appointed to protect ,  manage a 78 unit apartment building and bring out of the Los Angeles City
Rent Escrow Account Program (REAP)).

**Wei Liu vs. Yao Lin- Judge Frank Gafkowski Dept. S37**
(San Bernardino County, San Bernardino Superior Court, Case No. COVDS 1016483)
Rialto Buffet, 201 E. Baseline Road, Rialto, CA 92376
April 2011 to August 2011
**Receiver** (appointed to take possession, protect and operate a Chinese Food Restaurant with 15 employees).

**Westamerica Bank vs. Orrin Thiessen- Judge Rene Auguste Chouteau, Dept. 17**
(Sonoma County, Santa Rosa, California Superior Court Case, No. SCV247962)
640-940 McClelland Drive, Windsor, California 95492
9121-9086 Windsor Road, Windsor, California 95492
501-563 David Clayton Lane, Windsor, California 95492
212-220 Windsor River Road, Windsor, California 95492
9940 Starr Road, Windsor, California 95492-8977
April 2011 to November 2012
**Receiver** (appointed to protect and manage a 16 unit commercial and residential units).

16

**Araceli G. Hogan vs. Brent M. Hogan - Judge Thomas T. Lewis , Dept. 79**
(Los Angeles County, Los Angeles Superior Court Case, No. BD423978)
1249 W. 6th Street, Los Angeles, CA 90017
May 2011 to May 2012
**Referee** (appointed over a 30 unit apartment building to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**Budget Finance Company vs. Sonya Alexander - Judge Richard Keller, Dept. D-608**
(Alameda County, Oakland Superior Court Case, No. RG10493759)
950 39th Street, Oakland, CA 94608
August 2010 to May 2012
**Referee** (appointed over a single family home to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**Westamerica Bank vs. Jeffrey L. Freiberg- Judge Rene Auguste Chouteau, Dept. 17**
(Sonoma County, Santa Rosa, California Superior Court Case, No. SCV249709)
579 1st Street West, Sonoma, California 95476
18017 Highway 12, Boyes Hot Springs, California 95416
May 2011 to June 2011
**Receiver** (appointed to protect and manage a mixed use commercial and residential building with a gas station).

**Budget Finance Company vs. Maria Elena Alcantar - Judge Barbara A. Meiers Dept. 12**
(Los Angeles County, Los Angeles Superior Court Case No. BC464432)
321 Arbor Vitae Street, Inglewood, California 90301
June 2011 to May 2012
**Receiver** (appointed to protect and manage a mixed use commercial and apartment building).

**Lone Oak Fund, LLC  vs. Rehabilitation Associates - Judge Barbara A. Meiers Dept. 12**
(Los Angeles County, Los Angeles Superior Court Case No. BC464523)
1150 Laveta Terrace, Los Angeles California 90026 & 1138 Laguna Avenue, Los Angeles, CA 90026
June 2011 to December 2011
**Receiver** (appointed to protect and manage an apartment building).

**BNJ Ultraservice, Inc. vs. Advantage Chemical, Inc., Judge Paulette Durand-Barkley  Dept. 2**
(Riverside County, Riverside Superior Court, Court Case No. RIC 1111221)
43471 Ridge Park Drive, Temecula CA 92590
June 2011 to October 2011
**Receiver** (appointed to take control, protect and manage a national cleaning and sanitation  product company).

**Miguel Grandos vs. Image Auto Body & Towing, Judge George Miram-Barkley   Dept. 28**
(San Mateo County, San Mateo Superior Court, Court Case No. CIV 503618)
2259 Spring Street, Redwood City, CA 94063
July 2011 to October 2011
**Receiver** (appointed to  protect and manage an auto body and towing business).

**Lone Oak Fund, LLC  vs. Clarita Fazzari - Judge Peter Kirwan Dept. 8**
(Santa Clara County, San Jose Superior Court Case No. 111CV-205508)
1610 N. 4th Street, San Jose, California 95112
July 2011 to June 2012
**Receiver** (appointed  to protect and manage a 21,000 square foot parking facility on 1 acre of land).

**Michael Coombs vs. Archibald Cunningham - Judge Peter J. Busch, Dept. 301**
(San Francisco County, San Francisco Court Case, No. CRF-10-510760)
1489 McAllister Street, San Francisco, California 94115
August 2011 current
**Receiver** (appointed over a tenant in common project to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).).

**Cathy Sanford vs. Shanti Parker - Judge William F. Fahey, Dept. 78**
(Los Angeles County, Los Angeles Court Case, No. BC450408)
939 N. Gordon Street, Pomona, California 91768
August 2011 to May 2012
**Referee** (appointed over a single family home to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**Steven Aranda vs. Andrew Aranda - Judge Roy Paul, Dept. 88C**
(Los Angeles County, San Pedro Court, Case, No. NC043879)
760 W. 10th Street, San Pedro, California 90731
August 2011 to September 2012
**Referee** (appointed over a single family home to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**Hilda Violeta Riofrio vs. Gustavo Beltran - Judge Mary Ann Murphy, Dept. 25**
(Los Angeles County, Los Angeles Court Case, No. BC455335)
1204 S. Normandie Ave, Los Angeles, California 90006
September 2011 to November 2012
**Referee** (appointed over an apartment building to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**Lone Oak Fund, LLC vs. Artisan Lofts Associates, LTD. - Judge Barbara A. Meiers Dept. 12**
(Los Angeles County, Los Angeles Superior Court Case No. BC470376)
1745-1759 Glendale Boulevard, Los Angeles California 90026
September 2011 to December 2011
**Receiver** (appointed to protect and manage a 30,711 industrial/commercial complex).

**Oxford Mortgage Funds, L.P. vs. Garden View Professsional Center, LLC- Judge Thomas P. Nugent, Dept. 30**
(San Diego County, San Diego Superior Court Case, No. 37-2011-58115-cu-or-ctl)
499 N. El Camino Real, Encinitas, CA 92024
September 2011 to May 2014
**Receiver** (appointed to protect and manage a 31,423 square foot retail and medical office building).

**Nghia T. Nguyen vs. Mark H. Nathan- Judge Sheila Fell, Dept. C22**
(Orange County, Santa Ana Superior Court Case, No. 30-2011-00473056)
34422 Via Gomez, Dana Point, California 92624
121 Loma Lane, San Clemente, CA 92672
October 2011 to December 2011
**Receiver** (appointed to protect and manage two condominium projects).

**Anthony Labrosciano vs. I Seed Films Incorporated - Judge Rolf M. Treu Dept. 58**
(Los Angeles County, Los Angeles Superior Court Case, No. BC 459930)
August 2011 to May 2012
**Receiver** (appointed to protect, manage, sell five movie scripts, and facilitate the division of proceeds amongst the parties).

**Stuart Smith vs. David Jewett - Judge Donna Gunnell Garza, Dept. S-38**
(San Bernardino County, San Bernardino Superior Court Case, No. CIVDS 1015060)
24950 Highland Drive, Crestline, CA 92325
November 2011 to July 2012
**Referee** (appointed over a single family home to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**Michael J. Kelley, Jr. vs. Livermore Acres, Inc. - Judge F Clark Sueryres, Dept. 41**
(San Joaquin County, Stockton Superior Court Case, No. 39-2010-00253689-CU-MC-STK)
The Manteca Inn, 150 Northwoods Ave., Manteca, CA 95336
1405 Yosemite Ave., Manteca, CA 95336
293 E. Wetmore Ave., Manteca, CA 95337
301 E. Wetmore Ave., Manteca, CA 95337
29211 Mission Blvd., Hayward, CA 94544
2164 Lathrop Road, Lathrop, CA 95330
18020 N. Highway 88, Lockeford, CA 95237
November 2011 current
**Receiver** (appointed to protect, manage and sell a 50 unit hotel, commercial properties and vacant land. Also, conduct a creditors claims procedure and dissolution of the corporation).

**Community Commerce Bank vs. The Baptist Church Of The New Covenant In Jesus Christ- Judge Ana Maria Luna, Dept. 1**
(Los Angeles County, Downey Superior Court Case, No. 11C00563)
10843-10857 Kenney Street, Norwalk, CA 90650
November 2011 to December 2011
**Receiver** (special purpose receivership to handle the disposition of personal property and establish commercial rental values to be included in the court's judgment).

**Hem Gupta vs. Narendra Gupta - Judge Valerie Adair, Dept. 21**
(Clark County, Las Vegas, Nevada Superior Court Case, No. A-10-624533-C)
1325 E. Hacienda Avenue, Las Vegas, Nevada 89119
November 2011 current May 2012
**Referee** (appointed over an apartment building to protect, manage, sell and facilitate the distribution of proceeds amongst the parties ).

**First National Bank of Northern California vs. Anthony Caruso - Judge Patricia Lucas Dept. 2**
(Santa Clara County, San Jose Superior Court Case No. 111CV213735)
144-148 E. Santa Clara Street, San Jose, California 95113
22 N. White Road, San Jose, California 95127
November 2011 to December 2012
**Receiver** (appointed to protect and manage a retail strip mall and a mixed use retail/residential property).

**Joan Brown vs. Massoletti Cheek Financial, Inc.- Judge Lynn Duryee, Dept. L**
(Marin County, San Rafael, California Superior Court Case, No. 025229)
December 2011 to current
**Receiver** (post judgment appointment to sell assets to collect on a $330,000 judgment.)

**Kaufman Kaufman & Miller LLP vs. Anthony Sestanovich - Judge John Shepard Wiley, Jr., Dept. 50**
(Los Angeles County, Los Angeles Court Case, No. BC424418)
11027 Blix Street, North Hollywood, California 91602
April 12, 2011 to December 2012
**Referee** (appointed over a single family home to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**Budget Funding, LLC vs. Ali A. Saleh- Judge William A. Mayhew, Dept. 21**
(Stanislaus County, Modesto Superior Court Case, No. 670618)
410-416 6th Street, Modesto, CA 95354
January 2012 to August 2012
**Receiver** (appointed to protect and manage two apartment buildings).

**Cornerstone Diversity, LLC vs. Jacob Khazanovich- Judge David I. Brown, Dept. 53**
(Sacramento County, Sacramento Superior Court Case, No. 34-2011-00097586)
Assessor Parcel Number 220-0420-021, Sacramento, California 95842
January 2012 to August 2012
**Referee** (appointed over 6.28 acres of land to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**Maria Velasquez vs. Francisco Nunez- Judge Kevin C. Brazile, Dept. 20**
(Los Angeles County, Los Angeles Superior Court Case, No. BC424013)
11819 Civic Center Drive, Hawaiian Gardens, California 90716
January 2012 to January 2015
**Referee** (appointed over an apartment building to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**Esther Juarez vs. Jorge Martin De Anda- Judge Harold Kahn, Dept. 302**
(San Francisco County, San Francisco Superior Court Case, No. CGC-09-493126)
1051 Shotwell Street, San Francisco, California 94110
February 2012 to July 2012
**Referee** (appointed over a single family home to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**Corvorn LLC vs. Eileen Long, Judge Loretta Giorgi, Dept. 302**
(San Francisco County, San Francisco Superior Court, Court Case No. CPF-09-509680)
1568 Haight Street, San Francisco, CA 94117
February 2012 to May 2013
**Receiver** (post judgment appointed to protect, manage, operate and sell a restaurant and bar).

**Bank of America vs. Mitra K. Sadeghzadeh- Judge Paul M. Marigonda, Dept. 5**
(Santa Cruz County, Santa Cruz Superior Court Case, No. CV173146)
1455 Freedom Blvd., Watsonville, CA 95076
February 2012 to December 2012
**Receiver** (appointed over a gas station, mini-mart and real estate to protect, manage and sell).

**Lone Oak Fund, LLC vs. Pacific Interventure, Inc. - Judge Barbara A. Meiers Dept. 12**
(Los Angeles County, Los Angeles Superior Court Case No. BC482088)
10217-10225 Hillhaven Ave., Tujunga, CA 91402
April 2012 to January 2013
**Receiver** (appointed to protect and manage a 27 unit apartment building).

**Occidental Resources vs. Undisclosed Company- Judge John Ditsworth, Dept. 203**
(Maricopa County, Mesa Superior Court Case, No. (Provided upon request)
Phoenix, Arizona
March 2012 to November 2012
**Receiver** (appointed to protect and manage a nationwide precious metals company).

20

**Wells Fargo Bank vs. Golden Gate Community Health, Judge Harold Kahn, Dept. 302**
(San Francisco County, San Francisco Superior Court, Court Case No. CGC-12-519439)
815 Eddy Street, San Francisco, CA 94109
March 2012 to August 2012
**Receiver** (appointed to protect, manage and sell an office building that was owned by Planned Parenthood).

**Lone Oak Fund, LLC. vs. Benyam Mulugeta- Judge John True, Dept. 510**
(Alameda County, Oakland Superior Court Case, No. RG12-634973)
The Lake Merritt Hotel, 2332 Harrison Street, Oakland, CA 94612
June 2011 to May 2013
**Receiver** (appointed to protect , manage and operate a 156 unit historic hotel).

**Jerry Manpearl vs. Eric Fintzi, Judge Allan J. Goodman, Dept. P**
(Los Angeles County, Santa Monica Superior Court, Court Case No. SC113489)
2619 Exposition Boulevard, Los Angeles CA 90018
July 2012 to March 2013
**Receiver** (post judgment appointed to take possession and sell rare African Art).

**CERF SPVI, LLC vs. Cherokee Simeon Ventures, I, LLC- Judge Judith A. Sanders, Dept. 60**
(Contra Costa County, Martinez Superior Court Case, No. C12-00284)
Campus Bay, 4677 Meade Street, Richmond, CA 94804
July 2012 to October 2014
**Receiver** (appointed to protect, manage and monitor a Superfund Environmental Clean-up for an 85 acre biotechnology property on the San Francisco Bay).

**Patrick O'Loughlin vs. P.O.L. Incorporated- Judge William M. Monroe, Dept. C16**
(Orange County, Santa Ana Superior Court Case, No. 30-2011-00473932)
1465 Hillcrest, Laguna Beach, CA 92651
285,287,289,291 San Joaquin, Laguna Beach, California 92651
July 2012 to November 2012
**Referee** (appointed over a single family home and an apartment building to protect, manage, sell and facilitate the distribution of proceeds amongst the parties ).

**Bank of New York Mellon vs. Peter Hak Pe- Judge David I. Brown, Dept. 53**
(Sacramento County, Sacramento Superior Court Case, No. 34-2012-00124519)
8651 Folsom Boulevard, Sacramento, California 95826
July 2012 to December 2013
**Receiver** (appointed over a gas station and mini-mart to protect, manage and sell).

**Van My Lieu vs. Phuong My Lieu- Judge Edward Simpson, Dept. NER**
(Los Angeles County, Pasadena Superior Court Case, No. GC048781)
2723 Pine Street, Rosemead, California 91770
September 2012 to October 2012
**Referee** (appointed over a single family home to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**White Zuckerman vs. Mark E. Lipp, Judge Maria E. Stratton, Dept. NWT**
(Los Angeles County, Van Nuys Superior Court, Court Case No. LC093932)
Corporate Entity: ALJA, LLC.
September 2012 to September 2012
**Receiver** (post judgment appointed to sell a corporate ownership interest to satisfy a judgment).

21

**Bank of New York Mellon vs. Sha Capital, Inc.- Judge Laurel S. Brady, Dept. 31**
(Contra Costa County, Martinez Superior Court Case, No. CIVMSC 12-01134)
Martinez Car Wash and Union 76 Gas Station, 3950 Alhambra Avenue, Richmond, CA 94533
September 2012 to current
**Receiver** (appointed over a car wash and gas station to protect, manage, operate and sell).

**B Squared, Inc. vs. Renato Ferrer- Judge Edward Simpson, Dept. NE-R**
(Los Angeles County, Pasadena Superior Court Case, No. GC 050129)
1415,1425 and 1435 N. Garfield Avenue, Pasadena, CA 91104
September 2012 to current
**Receiver** (appointed to protect, manage and operate a senior assisted living facility).

**Patrick Bigham vs. Jo Ann Bigham- Judge James L. Stoelker, Dept. 18**
(Santa Clara County, San Jose Superior Court Case, No. 112-CV-222194)
1416 Bellville Way, Sunyvale, California 94087
September 2012 to April 2013.
**Referee** (appointed over a single family home to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**Century City Medical Plaza, ETC vs. Undisclosed Medical Practice, Judge Joseph S. Biderman,**
(Los Angeles County, Los Angeles Superior Court, Court Case No. SC097659)
Corporate Entity: Joint Effort Medical Wellness
October 2012 to current
**Receiver** (post judgment appointed to protect and operate a physical therapy clinic).

**Marriage of Ismatlyan Volga & Shahoian Hamlet, Department 2B, Teresa Beaudet**
(Los Angeles County, Los Angeles Superior Court, Court Case No. BD512364)
Haykshen Market, 310 E. California Ave., Glendale, California 91206
October 2012 to December 2012
**Receiver** (family law receivership-appointed to verify cash sales of a market and provide an accounting to the Court and parties).

**Colfin Bow Funding B, LLC vs. Calstar Investments, LLC- Judge William D. Palmer, Dept. 15**
(Kern County, Bakersfield Superior Court Case, No. S-1500-CV-277435 WPD)
Apna Plaza, 228-318 White Lane, Bakersfield, California 93307
October 2012 to November 2013
**Receiver** (appointed over a Shell gas station and 103,000 square foot retail center to protect, manage, and sell).

**Bank of New York Mellon vs. Paul Gosal dba Valley Arco- Judge B.W. McNatt, Dept. 42**
(San Joaquin County, Stockton Superior Court Case, No. 39-2012-00284697 CU-OR-STK)
Valley ARCO Gas Station, 16 East Harding Way, Stockton, CA, 95204
October 2012 to December 2013
**Receiver** (appointed over a gas station and c-store to protect, manage, operate and sell).

**Karim and Liana Tahir vs. Jimmy Budihalim and Tara Tahir, Judge Ernest H. Goldsmith, Dept. 302**
(San Francisco County, San Francisco Superior Court, Court Case No. CGC-10-504897)
1607 Milvia Street, Berkeley, CA 94709
2321 Blake Street, Berkeley, CA 94704
November 2012 to September 2013
**Receiver** (appointed over two apartment building to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**In re: Belcorp Resources, Inc.- Judge Bruce A. Markell, Foley Courtroom 3 (third floor)**
(Clark County, Las United States Bankruptcy Court District of Nevada, Case, No. BK-S-12-16650-bam)
Chevron Gas Station and Real Estate, 3685 N. Moapa Valley Blvd., Logandale, NV, 89021
November 2012 to March 2013
**Chapter 11 Trustee** (appointed over a gas station, c-store, car wash and commercial real estate to protect, manage, operate, sell and payoff creditors.

**Bank of New York Mellon vs. Shamsuddin Faquiryan- Judge Bob W. McNatt, Dept. 42**
(San Joaquin County, Stockton Superior Court Case, No. 39-2012-00285494 CU-OR-STK)
Lathrop Chevron Gas Station, 140 Lathrop Road, Stockton, CA, 95330
November 2012 to May 2013
**Receiver** (appointed over a gas station and c-store to protect, manage and sell).

**Ann F. Turquand vs. Susan Turquand - Judge Michael Paul Linfield, Dept. 10**
(Los Angeles County, Los Angeles Court Case, No. BC470646)
212 Whittley Ave, Avalon, California 90704
February 2013 to September 2013
**Referee** (appointed over a single home on Catalina Island to protect, manage, sell and facilitate the distribution of proceeds amongst the parties ).

**John H. Sibbison vs. Christin Trimpi- Judge Cary H. Nishimoto, Dept. SW-E**
(Los Angeles County, San Pedro Superior Court Case, No. YC062189)
Malibu California APN: 4453-001-022
August 2012 to current
**Receiver** (post judgment appointed to protect, manage and sell land in Malibu California for the payment of a creditor).

**Miguel L. Arreola vs. Brenda Black- Judge Robert H. O'brien Dept. 86**
(Los Angeles County, Los Angeles Superior Court Case, No. BC496157)
6812 11th Avenue, Los Angeles CA 90043
March 2013 to March 2014
**Receiver** (appointed to protect and manage a 26 unit apartment building).

**City National Bank vs. Monarch/Philadelphia, LLC- Judge Barbara Meiers, Dept. 12**
(Los Angeles County, Los Angeles Superior Court Case, No. BC447913)
12015 and 12031 Philadelphia Street, Whittier, CA 90601
April 2013 to October 2014
**Receiver** (appointed over a 100,125 square foot industrial manufacturing facility to protect, manage and sell).

**Michael Kizhner vs. Tatiana Kuniansky- Judge David J. Cowan, Dept. F**
(Los Angeles County, Los Angeles Superior Court Case, No. SD031611)
April 2013 to December 2014
**Receiver** (appointed in over a marital dissolution to take possession of safety deposit boxs and multiple storage lockers of fine art).

**Luz Camacho vs. Rogelio Jimenez- Judge Ramona G. See, Dept. M**
(Los Angeles County, Torrance Superior Court Case, No. YC064429)
4065 W. 135th Street, Torrance, CA 90250
April 2013 to May 2014
**Referee** (appointed over an apartment complex to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**Emmanuel B. David  vs.  Marlene  Z. Robertson - Judge Edward Simpson, Dept. NE-R**
(Los Angeles County, Pasadena Superior Court Case, No. GC050829)
(address upon  request) Pasadena, California  91103
April 2013 to current
Receiver (appointed to manage the real estate for 129 bed  skilled nursing facility).

**Louis Dimaggio vs. Diane Dimaggio- Judge Judge David B. Flinn, Dept. 6**
(Contra Costa County, Martinez Superior Court Case, No. CIVMSC 11-00890)
1785 Rockwood Place, Concord, California 94521
May 2013 to June 2014
Referee (appointed over a single family home to protect, manage, sell and  facilitate the distribution of
proceeds amongst the parties).

**Joyce P. Cox  vs.  C.C. Ryder- Judge Harvey Silberman, Dept.  K**
(Los Angeles County, Pasadena Superior Court Case, No.  GD 050651)
1324 West 37th Drive and 1225 West Exposition Blvd, Los Angeles, CA. 90007
April 2013 to June 2013
Receiver (appointed  to protect and manage an  apartment building).

**Pride 76,  Inc. vs.  H & C Energy- Judge Perry Parker, Dept. B**
(Sutter County, Yuba City Superior Court Case, No. CVCS13-1142)
76 Food Mart, 1466 Colusa Highway, Yuba City, CA,  95993
June  2013  to June 2014
Receiver (appointed to protect and  manage, operate a gas station and c-store).

**Wells Fargo Bank vs. Mavic Ramos,  Judge  Robert D. McGuiness,  Dept. 22**
(Alameda County, Oakland, Superior Court, Court Case No. HG13682822)
389 Juana Avenue, San Leandro, CA 94557
July 2013 to August 2014
Receiver (appointed to perform  an audit of a 28 bed assisted  living facility to make sure the facility was financial
sound and  in compliance with  California Department of  Social Services regulations.)

**Sovereign Asset Management , Inc. vs. Lake Arrowhead Treatment Center, Inc.,  Judge  Steven S. Streger,   Dept. C**
(Orange County, Santa Ana, Superior Court, Court Case No. 30-2013-00627969-CU-BC-CJC)
975 Nadelhorn Drive, Lak Arrowhead, CA 92352
414 Darfo, Crestline, CA  92325
373 Emerald  Drive, Lake Arrowhead Villa Road, Lake Arrowhead, CA 92352
28914 Hook Creek Road, Cedar Glen, CA 92321
815 Arrowhead Villa Road, Lake Arrowhead, CA  92352
July 2013 to May 2014
Receiver (appointed  in a partnership dispute over five drug and alcohol abuse centers to control revenue, conduct an
accounting of past operations, distribute funds amongst the different locations and provide reports to the court and the
parties.)

**Iris Brandt  vs. Lelia Lee Fountain- Judge Julia C. Kelety, Dept. PC-2**
(San Diego County, San Diego Superior Court Case, No. 37-2011-00150130-PR-LA-NC)
4305 E. Overlook Drive, San Diego, California 92115
August 2013 to March 2014
Referee (appointed over a single family home to protect, manage, sell and facilitate the distribution of
proceeds amongst the parties).

24

**CitiMortgage, Inc. vs. Mark E. Yeadaker - Judge George Miram, Dept. 28**
(San Mateo County, San Mateo Superior Court Case No. CIV 523312)
81, 83, 85 Elder Lane, Pacifica, CA 94044
85 Clarendon Road, Pacifica, CA 94044
August 2013 to current
Receiver (appointed to protect and manage a multi-family rental property).

**Reginaldo Pena vs. Carlos R. Peraza - Judge John G. Evans, Dept. P51**
(Riverside County, Riverside Superior Court Case No. INS1202590)
Liquor License 465641 located at 68449 Peraza Road, Cathedral City, CA 92234
August 2013 to August 2014
Receiver (post judgment appointment to take control and sell a liquor license to pay a judgment holder ).

**Lone Oak Fund, LLC. vs. Innocenti, LLC., Judge Harry M. Dorfman, Dept. 501**
(San Francisco County, San Francisco Superior Court, Court Case No. CGC-13-533770)
2017 to 2021 Powell Street, San Francisco, CA 94133
September 2013 to March 2014
Receiver (appointed to protect, and manage an apartment building).

**Wells Fargo Bank vs. Baird Niece Corporation, Judge Melinda Reed Dept. 1**
(Tulare County, Visalia Superior Court, Court Case No. VCU 252795)
60 E. Street, Porterville, CA 93257
September 2012 to current
Receiver (appointed over a citrus grove and produce packing business to protect, manage, operate and sell).

**Douglas Turner vs. Pierre Moeini- Judge Russell S. Kussman, Dept. Q**
(Los Angeles County, Van Nuys Superior Court Case, No. LC 097846)
22456 Ventura Boulevard, Woodland Hills, CA 91364
September 2013 to June 2014
Receiver (appointed to protect and manage a bar and restaurant and provide accounting services).

**Stohlman & Rogers, Inc. vs. Abdul Rauf- Judge Perry Parker, Dept. B**
(Sutter County, Yuba City Superior Court Case, No. CVCS10-1460)
Liquor license 436524 located at 720 5th Street, Arbuckle, CA 95912
September 2013 to current
Receiver (post judgment appointment to take possession of a liquor license and sell to pay judgment ).

**Charlene Ayodele vs. Emmanuel Ayodele- Judge Robert E. Willett, Dept. 43**
(Los Angeles County, Los Angeles Superior Court Case, No. BD538391)
11126 S. Main Street, Los Angeles, CA 90061
September 2013 to January 2014
Receiver (appointed to protect and manage a medical practice and sell real estate to pay spousal support).

**Amy Nabi vs. Hatif Habib Nabi- Judge Patrick A. Cathcart, Dept. 83**
(Los Angeles County, Los Angeles Superior Court Case, No. BD 274538)
9009 Laurel Canyon Blvd., Sun Valley, CA 91352
September 2013 to current
Receiver (post judgment appointed to operate a marble and slate company to pay spousal support).

**Bank of The West vs. Red Hill Plaza, LLC- Judge David Chaffee, Dept. C20**
(Orange County, Santa Ana Superior Court Case, No. 30-2013-00676634-CU-MC-CJC)
1400 Reynolds Avenue, Irvine, CA 92614
September 2013 to September 2014
**Receiver** (appointed over a medical office building to protect, manage, sell and facilitate the distribution of proceeds amongst the parties ).

**Chris Chen vs. Frederick Staurt Franz- Judge Mark H. Pierce, Dept. 9**
(Santa Clara County, San Jose Superior Court Case, No. 112-CV-237304)
349-357 Richmond Avenue, San Jose, California
September 2013 to December 2014
**Referee** (appointed over an apartment building to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**Karen Timmes vs. Daniel Armijo – Judge Brian Gasdia, Dept. F**
(Los Angeles County, Los Angeles Court Case, No. VC62695)
2805 Nebraska Avenue, South Gate, California 90280
September 2013 to August 2014
**Referee** (appointed over an apartment building to protect, manage, sell and facilitate the distribution of proceeds amongst the parties ).

**City of Culver vs. Anthony Pappas- Judge James C. Chalfant, Dept. 85**
(Los Angeles County, Los Angeles Superior Court Case, No. BS142953)
4275 to 4277 Revere Place, Culver City, CA 90232
October 2013 to November 2014
**Receiver** (appointed as a Health and Safety Receiver to bring a duplex into compliance with building and fire codes).

**Security Lending, LTD vs. TK & EF- Judge Margaret Miller Bernal, Dept. C**
(Los Angeles County, Norwalk Superior Court Case, No. VC063552)
6136 to 6142 Walker Ave., Maywood, CA 90270
October 2013 to March 2004
**Receiver** (appointed over an industrial building to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**Chris Chen vs. Frederick Staurt Franz- Judge Laurel Brady, Dept. 31**
(Contra Costa County, Martinez Superior Court, Case, No. C12-02818)
2666 Taylor Road, Bethel Island, California 94511
September 2013 to February 2015
**Referee** (appointed over a single family home to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**Galva Tarmu vs. Aurora Loan Servicing Inc.- Judge Richard Stone, Dept. M**
(Los Angeles County, Santa Monica Superior Court Case, No. SC101815)
108 Paloma Avenue.,Venise, CA 90291
October 2013 to current
**Receiver** (appointed over an apartment building to protect and manage).

**John Thomas vs. Ben Yadegarian - Judge James C. Chalfant, Dept. 85**
(Los Angeles County, Los Angeles Superior Court Case, No. 10K21121)
Green Room Billiards, 3458 N. San Fernando Road, Los Angeles, CA 90065
November 2013 to October 2014
**Receiver** ( Post judgment receiver appointed to sell ownership stock certificates to pay judgment).

<u>Thomas Balsamo vs. John Balsamo- Judge Randa Trapp, Dept. C-70</u>
(San Diego County, San Diego Superior Court, Case, No. 37-2013-00050649-CU-OR-CTL)
825 Granger Street, San Diego, California 92154
December 2013 to February 2015
**Referee** (appointed over a single family home to protect, manage, sell and facilitate the distribution of
proceeds amongst the parties).

<u>Daniel Israel vs. David Israel- Judge Gerald Rosenberg, Dept. K</u>
(Los Angeles County, Santa Monica Superior Court Case, No. SC120612)
1109 Wooster Street, CA 90035
December 2013 to November 2014
**Receiver** (appointed over an apartment building to protect, manage and sell. Also appointed to marshal
books and records and create an accounting for 28 years).

<u>Edward L. Perez vs. Theodore Wiesand- Judge Robert H. O'Brien, Dept. 86</u>
(Los Angeles County, Los Angeles Superior Court Case, No. BC465205)
236-238 S. Avenue 55, Los Angeles, CA 90042
December 2013 to current
**Receiver** (appointed over two apartment buildings to protect and manage).

<u>Alicia Marie Manlove vs. David Kenneth Warner- Judge Ross M. Klein, Dept. S-27</u>
(Los Angeles County, Long Beach Superior Court, Case, No. NC058906)
2710 Fanwood Avenue, Long Beach, California 90815-1332
December 2013 to October 2014
**Referee** (appointed over a single family home to protect, manage, sell and facilitate the distribution of
proceeds amongst the parties).

<u>Oxford Mortgage Funds, L.P. vs. Grace S. Chizar – Judge Ronald E. Quidachay, Dept 501</u>
(San Francisco County, San Francisco Superior Court Case No. CGC 13-534775)
2901 Channing Way, Berkeley, CA 94704
December 2013 to current
**Receiver** (appointed to protect and manage a student housing project).

<u>City of Fontana vs. Jose Luis Montoy- David Cohn, Dept. S35</u>
(San Bernardino County, San Bernardino Superior Court Case, No. CIVDS1312447)
11374 Dogwood Court, Fontana, CA 92415
December 2013 to January 2014
**Receiver** (appointed as a Health and Safety Receiver to bring a single family home into compliance with
building codes).

<u>RES-CA Nadina Groves, LLC vs. Vicki Bird- Judge Theodor C. Albert- Central Bankruptcy Court</u>
(Orange County, Santa Ana Bankruptcy Court Case, No. 8:11-bk-23508-TA)
3512 Beach Road, Capistrano Beach, CA 92624
Betram Yacht/Super Bird, 34555 Casitas Place, Dana Point, CA 92629
December 2013 to October 2014
**Substitute Custodian** (appointed to assist the United States Marshal and taking possession of personal
property at a beach front estate and a 57 foot yacht to pay a multi-million dollar judgment).

<u>Norastine Ghee  vs.  Alexis Pleasant- Judge Richard E. Rico, Dept. 17</u>
(Los Angeles County, Los Angeles Superior Court Case, No. BC477862)
1081 Sycamore, Los Angeles CA 90019
3010 W. Martin Luther King Blvd., Los Angeles, CA 90008
December 2013 to December 2014
**Referee** (appointed over two apartment buildings to protect, manage, sell  and facilitate the distribution of proceeds amongst the parties).

<u>Lone Oak Fund, LLC.  vs.  South California LLC- Judge Timothy Taylor,  Dept. C-72</u>
(San Diego County,  San  Diego  Superior Court, Case, No. 37-2013-00078556-CU-OR-CTL)
7421 Draper Avenue, La Jolla, CA 92037
1205 Blinas Bay Court, Chula Vista, CA 91913
524 Reisling Terrace, Chula Vista, CA 91913
December 2013 to July 2014
**Receiver** (appointed over two single family homes and an apartment building to protect and manage the properties).

<u>Mechanics Bank vs. Almaden Associates,LLC- Judge George Spanas, Dept. 34</u>
(Contra Costa County, Martinez Superior Court Case, No. C14-00010)
7950 Dublin Blvd., Dublin, CA 94568 (70,110 square foot office building)
18120 Bollinger Canyon Road, San Ramon, CA 94583 (93,730 square foot industrial/office building)
1609 Lawrence Road, Danville, CA 94506 (3.27 acres of undeveloped land)
APN: 2011-010-035 City of San Ramon, CA (Two residential homes)
January 2014 to July 2014
**Receiver** (appointed to protect, manage and operate a portfolio of office, industrial, undeveloped land and residential homes).

<u>Lindsay Williams vs. Joe Reynolds, M Bar & Restaurant, Judge  Michael Harwin,   Dept. M</u>
(Los Angeles County, Van Nuys Superior Court, Court Case No. BC 477082)
1253 N. Vine, LA CA 90038
January 2014 to February 2014
**Receiver** (post judgment appointed to secure and sell a liquor license).

<u>Christopher Kirk  vs.  Tamila Kirk - Judge Kenneth Fernandez, Dept. F-401</u>
(Riverside County, Riverside Superior Court Case No. RID1302628)
Satewide Towing, 190 N. Main Street, Riverside, CA 92501
November 2013 to current
**Receiver** (family law appointment to marshal and account for funds of a towing business. Also to conduct an inventory and appraisal of the business).

<u>Flag City ARCO Station- Debtor Yousif H. Halloum- Judge Christopher M. Klein, Dept. 3-200</u>
(United States Bankruptcy Court- Eastern District of California, No. 2012-21477-C-11)
Flag City ARCO, 14931 N. Flag City Blvd., Lodi, CA, 95242
February  2014  to August 2014
**Project Manager for the Chapter 7 Trustee** (appointed to protect,  manage, operate a gas station, carwash, restaurant and c-store).

<u>Colfin Bow Funding LLC  vs.  John  M. Coyle- Judge Philip A. Champlin,  Dept. C-10</u>
(Solano County,  Fairfield Superior Court, Case, No. FCS 042530)
740 Texas Street, Fairfield, CA 94533
March 2014 to current
**Receiver** (appointed over a 11,112 square foot historic office and retail building to protect, manage, sell  and facilitate the distribution of proceeds amongst the parties).

28

**Alan J. Villarine/Petro-Val vs. Clayton Ludington/Petro-Lud- Judge David R. Lampe, Dept. 11**
(Kern County, Bakersfield Superior Court, Case, No. S-1500-CV-281130-DRL)
Maricopa Oil Lease Contract in Maricopa California
Edison Oil Lease Contract in Edison California
April 2014 to current
Receiver (appointed to oversee and dissolve a business partnership that owned and operates two active oil producing fields).

**Phyllis Sue Solomon vs. Jocelyn S. Korchak- Judge Robert L. Hess, Dept. 24**
(Los Angeles County, Los Angeles Superior Court, Case, No. BC 509300)
970 N. Serrano Avenue, Los Angeles, CA 90029
5432 Barton Avenue, Los Angeles, CA 90038
April 2014 to February 2015
Referee (appointed to oversee appraisals of two rental income properties and make recommendations to the parties and the court regarding equalization payments to partition properties).

**HSBC Bank vs. Dara Petroleum, Inc.- Judge William B. Shubb, Dept. 24**
(United States District Court, Eastern District of California, Case, No. 2:09-CV-02356-WBS-EFB)
3499 El Camino Avenue, Sacramento, CA 95821
May 2014 to current
Receiver (appointed to protect, manage, and conduct a levy sale of a gas station and c-store).

**Reginald Wayne Clark vs. Pacific Management & Research Corp.- Judge Bryan F. Foster, Dept. S26**
(San Bernardino County, San Bernardino Superior Court Case, No. CIVDS1408584)
430 N. Vineyard Avenue, Suite 320, Ontario, California, 91764
June 2014 to current
Receiver (appointed to take possession of a corporation that provided investment services in real property tax liens, secure and sell assets , make distributions to investors).

**Ricardo Perez vs. Juana Perez- Judge Armen Tamzarian, Dept. CE 84**
(Los Angeles County, Los Angeles Superior Court, Case, No. BD414421)
Bank of America Safety Deposit Box
July 2014 to current
Receiver (appointed to take possession of $105,000 of cash in safety deposit box and make court instructed payments. Additionally, appoint to protect and operate a pallet business- R & R Pallets).

**2012-SIP-1 Ventures, LLC vs. Sonora Petroleum, Inc.- Judge Charles D. Wachob, Dept. 42**
(Placer County, Roseville Superior Court, Case, No. S-CV-0034285)
2990 Foothills Boulevard, Roseville, CA 95747
July 2014 to current
Receiver (appointed to protect and manage a retail strip mall).

**Laren Ellsworth vs. Ryan Ellsworth- Judge Douglas R. Holt**
(Graham County Arizona, Safford Superior Court, Case, No. CV2014-00056)
25 Single Family Homes throughout Phoenix and Northern Arizona
July 2014 to current
Receiver (appointed to protect, manage, and sell 25 single family homes throughout Phoenix and Northern Arizona and dissolve a family trust).

**Lone Oak Fund vs. Gold River Valley, LLC.- Judge Luis A. Lavin, Dept. 82**
(Los Angeles County, Los Angeles Superior Court Case, No. BC552238)
650 to 652 Lake Avenue, Pasadena, CA 91106
September 2014 to current
Receiver (appointed to protect and manage a 12 unit condominium complex that was being utilized as a rental income property).

**Ryan Mak & Norris Mak vs. M.S.W. Enterprises, Inc. - Judge Ernest Goldsmith, Dept. 302**
(San Francisco County, San Francisco Court Case, No. CGC-13-530302)
1608 Polk Street, San Francisco, California 94109
August 2011 to February 2015
**Receiver** (appointed to protect, run and operate a sushi restaurant).

**SBDL Productions,LLC vs. Joseph Brestz- Judge Mark Borenstein, Dept. 44**
(Los Angeles County, Los Angeles Superior Court Case, No. BC462635)
September 2014 to current
**Receiver** (Post judgment receiver to sell share of Digital Development Group Corp. to satisfy judgment).

**Craig Goldman vs. Gary Pesner.- Judge Craig Griffin, Dept. 17**
(Orange County, Orange County Superior Court Case, No. 30-2104-00712683)
650 to 652 Lake Avenue, Pasadena, CA 91106
October 2014 to current
**Receiver** (appointed to collect and safeguard rents for an 18 apartment units, evaluated partnership interests and provide recommendations for dissolution or buy-out).

**Louis and Alice Ross Family Trust.- Judge Michael Levanas, Dept. 5**
(Los Angeles County, Los Angeles Superior Court Case, No. BP154893)
3520, 3521, 3525, 3545,3547, 3551 Lynwood Road, Lynwood CA 90262
11615,11607 Lewis Street, Lynwood CA 90262
October 2014 to current
**Receiver** (appointed to take control and operate trust).

**Lone Oak Fund, LLC vs. Capital Advantage LLC, Judge Garrett L. Wong. Dept. 501**
(San Francisco County, San Francisco Superior Court, Court Case No. CGC-14-542184)
117 Post Street, San Francisco, CA 94108
October 2014 to February 2015
**Receiver** (appointed to protect and manage 18,000 square foot class A office building).

**Estella M. Villacorta vs. Eugenie M. Villacorta.- Judge Geoffrey T. Glass, Dept. C-32**
(Orange County, Orange County Superior Court Case, No. 30-2104-00735578)
8288 East Oak Ridge Circle, Anaheim, CA 92808
October 2014 to current
**Referee** (appointed over a single family home to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**Jennifer Stoff vs. Michael Stoff- Judge Michael S. Groch, Dept. F-1**
(San Diego County, San Diego Family Law Court, Case, No. D530163)
6749 Top Gun Street, San Diego, CA 92126
721-723, 725 Cohasset Court, Pacific Beach, CA 92109
6737 Aqueduct Court, San Diego, CA 92119
7661 Girard Avenue, La Jolla, CA 92037
3535 Linda Vista Drive #221, San Marcos, CA 92078
Highway 79, Warner Springs, CA 92086 (APN 114-140-39)
9424 Abraham Way, Santee, CA 92071
9711 Mission Gorge Road, Santee, CA 92071
2810 Mission Blvd. #B, San Diego, CA 92109
8325 Camino Santa Fe, San Diego, CA 92121
501 E. Stassney Lane, Augstin, Texas 78745
532 N. First Street, Tucson, Arizona 85719
October 2014 to current
**Receiver** (appointed over a marital estate to manage estate, protect properties, manage properties, and sell property with the consent of the parties.)

30

**2012-SIP-1 Ventures, LLC vs. Fox Oil, Inc. and Gurraj S. Grewal- Judge Raymond M. Cadei, Dept. 54**
(Sacramento County, Sacramento Superior Court, Case, No. 34-2012 00163704)
8901 Madison Avenue, Fair Oaks, CA 95628
October 2014 to current
**Receiver** (appointed to protect, manage and sell a gas station and c-store).

**David Weinstein vs. Lawrence Baldasano/Village Square Realty- Judge Rebecca Connolly, Dept. 4**
(Santa Cruz County, Santa Cruz Superior Court, Case, No. CV180289)
23505 Schulties Road, Los Gatos, CA 95033-8712
October 2014 to current
**Receiver** (appointed to protect and manage a single family home).

**Lone Oak Fund, LLC vs. Karen Louise Federoff- Judge Laura A. Matz, Dept. NCGE**
(Los Angeles County, Glendale Superior Court, Case, No. EC063079)
621, 629 W. Colorado Blvd., Monrovia, California 91016
214 Grand Avenue, Monrovia, California 91016
October 2014 to February 2015
**Receiver** (appointed to protect and manage a portfolio of properties consisting of single family homes).

**BMR-Bunker Hill LP vs. San Diego Regenerative Medicine Institute- Judge Timothy Taylor, Dept. C-72**
(San Diego County, San Diego Superior Court, Case, No. 37-2012-00042147-CL-UD-CTL)
San Diego County
November 2014 to current
**Post Judgment Receiver** (appointed to sell company assets, patents, and intellectual properties to pay judgment).

**McWhirter Distribution Co., Inc. vs. Gasprom, Inc.- Judge Frank Johnson, Dept. T**
(Los Angeles County, Van Nuys Superior Court Case, No. LC 080930)
December 2014 to January 2015
**Receiver** (Post judgment receiver to sell share of Gasprom, Inc. to satisfy judgment).

**Terry Harper vs. Ricardo Diaz- Judge Yvette M. Palazuelos, Dept. 28**
(Los Angeles County, Los Angeles Superior Court, Case, No. BC521335)
1516 E. 75th Street, Los Angeles, California 90001
December 2014 to current
**Referee** (appointed over a single family home to protect, manage, sell and facilitate the distribution of proceeds amongst the parties).

**Tanya Freden vs. Ozel Fine Jewelers, Inc.- Judge Bryan F. Foster, Dept. S35**
(San Bernardino County, San Bernardino Superior Court, Case, No. CIVSS805579)
11400 4th Street #103, Rancho Cucamonga, California
12200 Amargosa Road, Victorville, California
73375 El Paseo, Unit K, Palm Desert, California
December 2014 to current
**Post Judgment Receiver** (appointed to review books, records and collect revenue from 3 jewelry stores to pay judgment debtor).

**Wilson vs. FE and PVR Wilson Partnership, et al.- Judge Mary Fingal Schulte, Dept. C-6**
(Orange County, Orange County Superior Court Case, No. 30-2008-00103336-CU-BC-CJC)
December 2014 to February 2015
**Receiver** (appointed over a family partnership to take control, manage, sell and dissolve the family partnership).

31

**Anthony M. Reyes  vs. Margaret Bernal- Judge Susan Bryant-Deason,  Dept. 52**
(Los Angeles County,  Los Angeles  Superior Court, Case, No. BC547117)
3442-3444 Gleason Avenue, Los Angeles, California  90063
January 2015 to current
**Referee** (appointed over a multi-unit property  to protect, manage, sell  and facilitate the distribution of
proceeds amongst the parties).

**Strategic Acquisitions, Inc.  vs.  JJ Freemont Company, LLC.- Judge James C. Chalfant, Dept.  85**
(Los Angeles County, Los Angeles Superior Court Case, No.  BC572433)
1042-1042 1/2  S. Orange, Los Angeles, CA 90019
February  2015 to current
**Receiver** (appointed to protect and manage a multi-unit residential property).

**West Loan Acquisition Holding, LP vs. Laurie B. Share as Trustee of the Share-Zwick Family Revocable Trust
dated 4/22/1994- Judge Roger Ross, Dept. 13**
(San Joaquin County, Stockton Superior Court Case, No. 39-2014-00312144-CU-BC-STK)
108-110 Sycamore Avenue, Mantecca CA, 95336
December 2014 to current
**Receiver** (appointed to protect and manage a mixed used property consisting of residential rental units and
office space).

**Elian Meida  vs.  Munem Maida- Judge John M. Pacheco, Dept. S31**
(San Bernardino County, San Bernardino Superior Court Case, No.  CIVVS 1101947)
APN:  444-101-46, 47,48 and 50 in the town of Apply Valley
March  2015 to current
**Receiver** (appointed to sell Plaintiff's ownership in the 7.5 acres of properties).

EXHIBIT B

# RECEIVERSHIP SPECIALISTS
### STATE AND U.S. FEDERAL COURT RECEIVERS/TRUSTEES

## Kevin Singer
Court Receiver, Court Referee, Bankruptcy Trustee
Cell: (323) 864-4214
E-mail: Kevin@ReceivershipSpecialites.com
Web: www.ReceivershipSpecialists.com

## HOURLY BILLING RATES

| | |
|---|---|
| Principals | $250 per hour |
| Project Managers | $150 per hour |
| Support Staff | $85 per hour |

Corporate Headquarters
Los Angeles
11150 W. Olympic Blvd.
Suite 810
Los Angeles, CA 90064
Tel: (310) 552-9064
Fax: (310) 552-9066

San Francisco
795 Folsom Street
1st Floor
San Francisco, CA 94107 Tel:
(415) 848-2984 Fax: (415)
848-2301

San Diego
4370 La Jolla Village Drive
Suite 400
San Diego, CA 92122
Tel: (858) 546-4815
Fax: (858) 646-3097

Sacramento
980 9th Street
16th Floor
Sacramento, CA 95814
Tel: (916) 449-9655
Fax: (916) 446-7104

Las Vegas
7251 W. Lake Mead Blvd.
Suite 300
Las Vegas, Nevada 89128
Tel: (702) 562-4230
Fax: (702) 562-4001

Reno
200 S. Virginia Street
Suite 800
Reno, Nevada 89501
Tel: (775) 398-3103
Fax: (775) 686-2401

Phoenix
40 N. Central Ave.
Suite 1400
Phoenix, Arizona, 85004
Tel: (602) 343-1889
Fax: (602) 343-1801