IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK NA,<br><br>    Plaintiff,<br><br>    v.<br><br>OREGON PARK SENIOR APARTMENTS COOPERATIVE, et al.,<br><br>    Defendants.<br> _____ / | No. C 15-00536 JSW<br><br>**ORDER REGARDING REQUEST FOR ATTORNEY'S FEES** |

The Court has received the declaration requesting attorney's fees and costs in the amount of $15,040.49 filed by Defendants Oregon Park Senior Apartments Cooperative, Douglas Butler, and Andre Nibbs ("the OPSA Defendants"). A declaration is not the proper mechanism for bringing this matter before the Court. If the OPSA would like the Court to consider their request for attorney's fees and costs, they shall either file a stipulation or noticed motion.

**IT IS SO ORDERED.**

Dated: May 20, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE