United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK NA,<br><br>    Plaintiff,<br><br> v.<br><br>OREGON PARK SENIOR APARTMENTS COOPERATIVE,<br><br>    Defendant.<br>_____/ | No. C 15-00536 JSW<br><br>**ORDER VACATING HEARING AND HOLDING PENDING MOTIONS IN ABEYANCE; AMENDED ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE; AND INSTRUCTIONS TO RECEIVER** |

On June 18, 2015, this Court referred the pending motion for attorney's fees filed by Defendants Oregon Park Senior Apartments Cooperative, Douglas Butler, and Andre Nibbs to Magistrate Judge Vadas to prepare a report and recommendation. Subsequently, on July 10, 2015, this Court referred this matter to Magistrate Judge Laurel Beeler for the purposes of a settlement conference, which is currently scheduled for October 28, 2015.

Now before the Court is the Receiver's July 10, 2015 motion for an order (1) approving and settling the Receiver's final report and accounting; (2) approving final compensation and reimbursement of costs for the Receiver; (3) exonerating all bonds; (4) approving and ratifying all of the Receiver's acts and transactions; and (5) retaining jurisdiction regarding this receivership. Pro se Defendants Dale Anders and Kenneth Jackson filed an opposition in part to this motion on July 27, 2015. The Receiver filed a supplement to the motion on August 10, 2015. Also before the Court is a "Motion to Deny Election" filed on July 17, 2015 by pro se Interested Party Henri Davis.

The Court VACATES the August 21, 2015 hearing on the Receiver's motion. The Court AMENDS the July 10, 1015 Order of Referral to make clear that Magistrate Judge Beeler has the authority to address all outstanding issues, including all pending motions, at the settlement conference.

All pending motions are held in abeyance pending the settlement conference.

The Court schedules a further status conference on December 11, 2015, at 11:00 A.M., in Courtroom 5, 2nd Floor, Federal Courthouse, 1301 Clay Street, Oakland, California. The parties shall file a joint status report no later than **five (5) court days** prior to the conference. The joint status report shall set forth all motions and other issues that remain pending following the settlement conference.

Because the pro se Defendants are not e-filers, Receiver Kevin Singer shall serve a copy of this Order on the pro se Defendants by hand no later than Thursday, August 20, 2015, and file proof of service with this Court.

**IT IS SO ORDERED.**

Dated: August 19, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE