KENNETH AKA AJA FESAH JACKSON
1425 OREGON STREET
BERKELEY, CA 94702

Pro Se
Oregon Park Senior Apartments Cooperative Legal Group

**FILED**

*OCT 28 2015*

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JPMORGAN CHASE BANK, N.A., A
National Banking Association

Plaintiff,

vs.

OREGON PARK SENIOR APARTMENTS
COOPERATIVE, A California Public Benefit
Corporation, ANDRE NIBBS, an individual;
DOUGLAS BUTLER, an individual;
JUANITA EDINGTON, an individual; KEVIN
WIGGINS, an individual; and KENNETH
AKA AJA FASAH JACKSON, an individual;

Defendants.

CASE NO.: 15-CV-00536-jsw

**STIPULATION TO TERMINATE
RECEIVERSHIP AND APPROVE
RECEIVER'S FINAL ACCOUNTING**

Date:   October 28, 2015
Time:   10:00 AM
Place:  Courtroom C, 15th fl.

Judge: Hon. Laurel Beeler

## RECITALS

1. On April 13, 2015, the Court appointed Kevin Singer as the Temporary Receiver ("Receiver")
of Oregon Park Senior Apartments ("OPSA"). The April 13 Order stated that the
Receivership would remain in effect until (1) agreement by all parties, (2) upon entry of an
order by the Court that a new board of directors has been duly elected in full compliance with
OPSA's Bylaws, (3) upon entry of an order by the Court finding good cause for removal of
the Receiver, or (4) by further order of the Court. A new board has been elected and the
parties wish the Receivership be terminated.

CASE NO. 15-cv-00536      STIPULATION AND PROPOSED ORDER

1

2. On July 10, the Receiver filed with the Court his motion for Final Accounting and Request for Orders (1) approving and settling Receiver's final accounting report; (2) approving final compensation and reimbursement costs for the Receiver; (3) exonerating all bonds; (4) approving and ratifying all of the Receiver's acts and transactions; (5) discharging Receiver; and (6) retaining jurisdiction regarding the Receivership.

3. On July 27th, 2015, Dale Anders and Kenneth Jackson ("Pro Se Defendants"), filed an Opposition to the Receiver's Final Accounting, requesting that the Court reduce Receiver's fees.

4. No other named parties in this matter have submitted opposition to the Receiver's July 10 motion for Final Accounting.

5. On August 19th, District Court Judge Jeffrey White vacated the August 21st hearing on the Receiver's Motion for Final Accounting, and referred the matter to Magistrate Judge Laurel Beeler, granting authority to Judge Beeler to address all outstanding issues at the settlement conference.

6. On August 26th, 2015, the Receiver filed with the Court his July 2015 Report and Notice of Intent to Pay Receiver's Fees and Expenses summarizing the status of the receivership and notifying the Court that July Monthly Receivership Accounting and Billing will be revised to include exact figures.

7. Unrelated to the Receiver's fees, on May 27, 2015, Defendants Oregon Park Senior Apartments Cooperative, Douglas Butler and Andre Nibbs filed a motion for attorney fees. On June 18, 2015, Judge White referred the motion for attorney fees to Magistrate Judge Vadas to prepare a report and recommendation.

8. On June 15, 2015, Juanita Edington and Kevin Wiggins, two pro se defendants, filed a motion opposing attorney fees. On July 10, Judge White referred the attorney fees motion to Judge Beeler for the purposes of a settlement conference scheduled for October 28, 2015.

## STIPULATION

The Receiver and the Pro Se Defendants have agreed and stipulate to:

1. Approve Receiver's total fees and expenses for services rendered for the billing period of April 1, 2015 through October 28, 2015, with fees in the amount of $70,014.50 and expenses in the amount of $3,932.37.

2. Dismissing the Opposition to Motion for Final Accounting filed on July 27, 2015.

3. Receiver paying himself his remaining outstanding fees and expenses in the amount of $22,986.74 from the funds in the Receivership Estate trust account.

4. Receiver shall pay legal fees and expenses of OPSA's litigation counsel, Brown, Church & Gee LLP, in the amount of $12,500.00 by November 2, 2015.

5. Receiver distributing the remaining balance in the Receiver's trust account in the amount of $123,276.24 to an account at a financial institution designated by the Board of Directors. The Board shall advise the Receiver in writing of this account information.

2

6. The Court finding that the new board of directors has been duly elected in full compliance with OPSA's Bylaws. These board members are as follows:
   a. Billie Ward
   b. Cheryll Agee
   c. Dale Anders
   d. Jeffrey Davis
   e. Juanita Edington
   f. Verna Joshua
   g. Victor Coffield
7. The Court retaining jurisdiction over any matters or claims which may later arise concerning this Receiver Estate.
8. All bonds posted herein by Receiver and/or the Plaintiff are exonerated.
9. The Receiver is discharged and the Receivership Estate is terminated to give the new OPSA Board complete immediate control over OPSA.

Facsimile signatures shall be treated as originals.

This is the entire agreement.

Katherine Wenger
Brown, Church & Gee LLP
Attorneys for Oregon Park Senior
Apartments Cooperative, a
California Public Benefit
Corporation, Douglas Butler,
individually and Andre Nibbs,
individually

Dated: 10-28-15

Kevin Singer
Federal Court Receiver for Oregon Park
Senior Apartments Cooperative, a
California Public Benefit Corporation
Dated: 16-2-8-15

Kevin Singer
Federal Court Receiver
Dated: 10-28-15

On the Record and to sign by October 28, 2015

_____
Juanita Edington
Pro Se Defendant
Title: OPSA Board Member

Dated: _____

Kevin Wiggins
Pro Se Defendant
Title: OPSA Manager
Dated: /0-28-'15

Kenneth aka Aja Pesah Jackson
Pro Se Defendant
Title: OPSA Member
Dated: 10/28/15

**ORDER**

It is so ordered.

Dated: 10/28/2015 2015

By: _____
Hon. Judge Laurel Beeler

4

On the Record and to sign by October 28, 2015

Juanita Edington
Pro Se Defendant
Title: OPSA Board Member

Dated: 10-28-15

Kevin Wiggins
Pro Se Defendant
Title: OPSA Manager

Dated: 10-28-15

Kenneth aka Aja Fesah Jackson
Pro Se Defendant
Title: OPSA Member

Dated: 10/28/15

**ORDER**

It is so ordered.

Dated: 10 | 28 , 2015

By: _____

Hon. Judge Laurel Beeler

FILED

OCT 28 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4