United States District Court
For the Northern District of California

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    JPMORGAN CHASE BANK, N.A.,              No. C 15-00536 JSW

10                Plaintiff,

                                            **ORDER REASSIGNING CASE TO**
11      v.                                  **MAGISTRATE JUDGE**

12   OREGON PARK SENIOR APARTMENTS
     COOPERATIVE, et al.,
13
                  Defendants.
14   _____/

15

16        On October 28, 2015, all remaining parties in this litigation filed their consent to the

17   jurisdiction of Magistrate Judge Laurel Beeler for all further proceedings, including entry of final

18   judgment.  The Court hereby ORDERS that this case shall be reassigned to Magistrate Judge Laurel

19   Beeler for all purposes.

20        **IT IS SO ORDERED.**

     Dated: October 30, 2015
21                                          _____
                                            YVONNE GONZALEZ ROGERS
22                                          UNITED STATES DISTRICT JUDGE

23                                          for

24                                          JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE
25

26   cc: Magistrate Judge Beeler

27

28