UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> OREGON PARK SENIOR APARTMENTS COOPERATIVE, *et al.* <br><br> Defendanta, | Case No. 3:15-cv-00536-LB <br><br> **ORDER OF CONDITIONAL DISMISSAL** |

Given the parties' settlement of their case, the court orders that the case be dismissed without prejudice. If any party certifies to the court within **90** days (with proof of service on opposing counsel and unrepresented parties) that the agreed consideration has not been delivered, then this order will stand vacated, and this case will be restored to the calendar to be set for trial. If no certification is filed, then after 90 days, the dismissal will be with prejudice. The court retains jurisdiction over the settlement.

**IT IS SO ORDERED.**

Dated: October 30, 2015

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (No. 3:15-cv-00536-LB)